# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**WILBERT B. HARRIS** )
)
v. )
)
     **Case No.: 1:06CV00006**
)
     **Judge's Initials:  RCL**
)
**UNITED STATES POSTAL SERVICE** )
**POSTMASTER GENERAL** )
)

## AFFIDAVIT OF SERVICE

    I, Wilbert B. Harris, hereby declare that on the _7th_ of January 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Postmaster General of the United States at 475 L'Enfant Plaza, SW, Washington, D.C. 20260-9172.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_OMHC_  _1/9/06_ |
| 1. Article Addressed to:<br>Postmaster General of the United States Postal Service 475 L'Enfant Plaza, SW Washington, D.C. 20260-9172 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7005 1820 0002 4416 3608 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

RECEIVED

JAN 18 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT