UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILBERT B. HARRIS            )
                             )
            v.               )
                             )   Case No.: 1:06CV00006
                             )   Judge's Initials: RCL
                             )
UNITED STATES POSTAL SERVICE )
POSTMASTER GENERAL           )
                             )

## AFFIDAVIT OF SERVICE

I, Wilbert B. Harris, hereby declare that on the ___7th___ of January 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the United States Attorney for the District of Columbia at 555 4th Street, N.W., Washington, DC 20001.

[Domestic Return Receipt card, PS Form 3811, February 2004, showing article addressed to "U.S. Attorney for the District of Columbia, 555 4th Street, N.W., Washington, DC 20001"; Article Number: 7005 1820 0002 4116 3615; Certified Mail; Return Receipt for Merchandise; Date of Delivery 1/13/06]

Wilbert B. Harris
6108 State Street
Cheverly, MD 20785
301-773-6108 (P)
301-773-0690 (F)

RECEIVED
JAN 18 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT