UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBERT B. HARRIS )<br>)<br>v. )<br>)<br>)<br>UNITED STATES POSTAL SERVICE )<br>POSTMASTER GENERAL )<br>) | Case No.: 1:06CV00006<br>Judge's Initials: RCL |

### AFFIDAVIT OF SERVICE

I, Wilbert B. Harris, hereby declare that on the 7th of January 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the United States Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530.

[Domestic Return Receipt (PS Form 3811) attached, showing article addressed to U.S. Attorney General, 950 Pennsylvania Ave., NW, Washington, DC 20530; Article Number 7005 1820 0002 4116 3622; received JAN 11 2006; Certified Mail with Return Receipt for Merchandise.]

Wilbert B. Harris
6108 State Street
Cheverly, MD 20785
301-773-6108 (P)
301-773-0690 (F)

RECEIVED
JAN 18 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT