```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

WILBERT B. HARRIS,                )
                                  )
        Plaintiff,                )
                                  )
     v.                           )  Civil Action No. 00-06 RCL
                                  )
POSTMASTER GENERAL                )
  OF THE UNITED STATES            )
                                  )
        Defendant.                )
                                  )
```

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to the Complaint in this action, up to and including April 11, 2006. An attempt was made to contact Plaintiff, <u>pro se</u>, by telephone this date to determine his position on this motion, but Plaintiff could not be reached. A message was left seeking his position, but he had apparently not yet had the opportunity to return the call as of the filing of this motion.

This request is made, because, counsel for Defendant is in need of information stored in its files that have been sent to a storage facility, but has not yet had sufficient time to retrieve that information. In addition, the agency counsel assisting in defending this action advises that the departure from his office of a former agency attorney has increased his responsibilities and thus decreased the time he has had to devote to assisting in

drafting the needed filing.  Accordingly, Defendant asks for this enlargement of time to complete the response to the Complaint in the instant action.  A proposed Order consistent with this motion is attached.

                Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made by mailing copies thereof to:

WILBERT B. HARRIS
6108 State Street
Cheverly, MD 20785-3850

on the 17th day of March, 2006.

```
                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, DC  20530
                              (202) 514-7230
```