```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

WILBERT B. HARRIS,                )
                                  )
        Plaintiff,               )
                                  )
  v.                              ) Civil Action No. 00-06 RCL
                                  )
POSTMASTER GENERAL                )
  OF THE UNITED STATES           )
                                  )
        Defendant.               )
_____)

## ORDER

UPON CONSIDERATION OF Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and for the reasons set forth in support thereof, it is this _____ day of _____ 2006, hereby

ORDERED that, Defendant's motion be and is hereby GRANTED; and the time by which Defendant may respond to the Complaint in this action be and is hereby enlarged up to and including April 11, 2006.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

WILBERT B. HARRIS
6108 State Street
Cheverly, MD 20785-3850