RECEIVED
MAR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBERT B. HARRIS )<br>)<br>Plaintiff )<br>v. )<br>) <br>) <br>) <br>UNITED STATES POSTAL SERVICE )<br>POSTMASTER GENERAL )<br>) <br>Defendant ) | Civil Action No.: 06-6 RCL |

### PLAINTIFF'S OPPOSITION TO THE DEFENDANTS MOTION FOR ENLARGEMENT OF TIME AND MEMORANDUM IN SUPPORT THEREOF

Plaintiff in the above-captioned case upon further review hereby request pursuant to Rule 12(3)(a) of the Federal Rules of Civil Procedure that the Request for Enlargement of Time for the Defendant to respond to the complaint in the Motion, up to and including April 11, 2006, be denied, and judgment entered for the Plaintiff.

The reason for this request is the Defendant computed time for answer was utilized inexcusably and negligently in efforts to harass, intimidate, and coerce the Plaintiff to proceed in the United States Court of Appeals for the Federal circuit, pursuant to coerced and fraudulent filed appeal (Case 06-3145 and MSPC DC 752050318-1-1) dated 03/14/06, March 2, 2006, February 2, 2006, and February 22, 2006. Accordingly, Plaintiff request the Defendant's Enlargement of Time to complete the response to the

Complaint in the instant action denied. A proposed order consistent with this Motion is attached.

Respectfully submitted,

Wilbert B. Harris, Plaintiff
6108 State Street
Cheverly, MD 20785
301-773-6108 (P)
301-773-0690 (F)

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Plaintiff's Motion for denial of an Enlargement of Time and Memorandum in Support Thereof and a proposed order has been made by first class mail to:

(1)  W. Mark Nebzker
     Assistant United States Attorney
     Civil Division
     555 4th Street, N.W.
     Washington, DC  20530

(2)  U.S. Attorney for the District of Columbia
     535 4th Street, N.W.
     Washington, D.C.  20001

(3)  U.S. Attorney General
     950 Pennsylvania Avenue, NW
     Washington, D.C.  20530

(4)  Postmaster General of the United
        States Postal Service
     475 L'Enfant Plaza, S.W.
     Washington, D.C.  20260-9172

Dated: March 23, 2006

_____
Wilbert B. Harris
6108 State Street
Cheverly, MD  20785
301-773-6108 (P)
301-773-0690 (F)