UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILBERT B. HARRIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-06 (RCL) |
| ) | |
| **UNITED STATES POSTAL SERVICE** ) | |
| **POSTMASTER GENERAL** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Motion [6] For An Enlargement of Time and Plaintiff's opposition, it is this hereby

ORDERED that, Defendant's motion is GRANTED; It is further

ORDERED that Defendant may respond to the Complaint in this action by April 11, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, March 30, 2006.