```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA

WILBERT B. HARRIS,               )
                                 )
        Plaintiff,               )
                                 )
   v.                            ) Civil Action No. 00-06 RCL
                                 )
POSTMASTER GENERAL               )
  OF THE UNITED STATES           )
                                 )
        Defendant.               )
                                 )
```

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to the Complaint in this action, up to and including May 1, 2006.  Plaintiff, pro se, has indicated in a telephone conversation this date that he will oppose this motion.

This request is made, because, counsel for Defendant has located certain of the information he requires in order to complete an anticipated dispositive motion, but has been delayed in securing another relevant file, because that file (Wilbert Harris v. Postmaster General, Civil Action No. 00-1074 RCL) has been sent to a storage facility in another location.[1]  Although counsel has ordered the file, it has not yet been received.  In

---

[1] The need to gather information has been unexpectedly great, given the numerous other action brought by the Plaintiff. See Wilbert Harris v. Postmaster General, Civil Action No. 00-1074 RCL, App. No. 01-5124 (D.C. Cir.); Wilbert Harris v. United States Postal Service, No. 2006-3145 (Fed. Cir.).

addition, counsel is still awaiting necessary information from the Postal Service, which has been delayed because of agency counsel's responsibilities in several other matters.  Those responsibilities have been unexpectedly great as a result of the departure from his office of another attorney.  Accordingly, Defendant asks for this enlargement of time to complete the response to the Complaint in the instant action.  A proposed Order consistent with this motion is attached.

                          Respectfully submitted,

                          _____
                          KENNETH L. WAINSTEIN, DC Bar #451058
                          United States Attorney

                          _____
                          RUDOLPH CONTRERAS, DC Bar #434122
                          Assistant United States Attorney

                          _____
                          W. MARK NEBEKER, DC Bar #396739
                          Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made by mailing copies thereof to:

WILBERT B. HARRIS
6108 State Street
Cheverly, MD 20785-3850

on the 7th day of April, 2006.

```
                                W. MARK NEBEKER, DC Bar #396739
                                Assistant United States Attorney
                                Civil Division
                                555 4th Street, N.W.
                                Washington, DC  20530
                                (202) 514-7230
```