UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBERT B. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 00-06 RCL |
| ) | |
| POSTMASTER GENERAL ) | |
| OF THE UNITED STATES ) | |
| ) | |
| Defendant. ) | |

ORDER

UPON CONSIDERATION OF Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and for the reasons set forth in support thereof, it is this _____ day of _____ 2006, hereby

ORDERED that, Defendant's motion be and is hereby GRANTED; and the time by which Defendant may respond to the Complaint in this action be and is hereby enlarged up to and including May 1, 2006.

_____
UNITED STATES DISTRICT JUDGE


W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

WILBERT B. HARRIS
6108 State Street
Cheverly, MD 20785-3850