IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILBERT HARRIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 1:06-cv-00006 (RCL) |
| ) | |
| **POSTMASTER GENERAL OF THE** ) | |
| **UNITED STATES POSTAL SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF APPEARANCE

The clerk of the court please enter the appearance of David A. Branch and the Law Office of David A. Branch, as counsel for Plaintiff Wilbert Harris.

Respectfully submitted,

By: _____/s/_____
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Ave., NW
Suite 690
Washington, D.C. 20009
(202) 785-2805 (phone)
(202) 785-0289 (facsimile)
dablaw@erols.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify this 1st day of May 2006 that a copy of this Notice of Appearance was sent by electronic mail to counsel for the Defendant at the address listed below:

Mark Nebeker
Assistant U.S. Attorney
District of Columbia
555 4th Street, NW
Washington, DC 20009

                                                /s/
                                      David A. Branch