```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

WILBERT B. HARRIS,                    )
                                      )
        Plaintiff,                    )
                                      )
    v.                                ) Civil Action No. 06-06 RCL
                                      )
POSTMASTER GENERAL                    )
  OF THE UNITED STATES                )
                                      )
        Defendant.                    )
_____)
```

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to the Amended Complaint[1] in this action, up to and including June 20, 2006. Defendant has attempted to contact counsel for Plaintiff, David A. Branch, Esq., by telephone but was unable to reach him. A message was left on counsel's answering machine seeking Plaintiff's position on this request, but Mr. Branch had not had the opportunity to return the call as of the time that this motion was drafted.

This request is made, because, counsel for Defendant is in the process of completing a dispositive motion in this action, but the allegations in the newly amended complaint will require additional time to assess and address in the motion. The litigation is complex in that Plaintiff has proceeded in numerous other judicial and administrative fora, and counsel has had some

---

[1] The Amended Complaint was filed on May 1, 2006.

difficulty gathering certain of the needed information.  In addition, the agency attorney assisting in the defense of this action has been delayed in completing a draft motion in the case.  And, undersigned counsel is preparing for a jury trial due to begin in early June.  These and other responsibilities have not allowed completion of the needed filing by this week.

Accordingly, Defendant asks for this enlargement of time to complete the response to the Amended Complaint in the instant action.  A proposed Order consistent with this motion is attached.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on the 17th day of May, 2006.

```
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```