**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WILBERT B. HARRIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-06 (RCL)** |
| ) | |
| **UNITED STATES POSTAL SERVICE** ) | |
| **POSTMASTER GENERAL** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Motion [12] For An Enlargement of Time, and

Memorandum in Support thereof, it is this hereby

ORDERED that, Defendant's motion [12] is GRANTED; It is further

ORDERED that Defendant may respond to the Amended Complaint in this action by

June 20, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 30, 2006.