```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

WILBERT B. HARRIS,                  )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )  Civil Action No. 06-06 RCL
                                    )
POSTMASTER GENERAL                  )
  OF THE UNITED STATES              )
                                    )
        Defendant.                  )
_____)
```

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to the Amended Complaint[1] in this action, up to and including July 13, 2006. Defendant has attempted to contact counsel for Plaintiff, David A. Branch, Esq., by telephone but was unable to reach him. A message was left on counsel's answering machine seeking Plaintiff's position on this request, but Mr. Branch had not had the opportunity to return the call as of the time that this motion was filed.

This request is made because counsel for Defendant is in the process of completing a dispositive motion in this action, but he only last Friday completed a jury trial in an unrelated matter. His responsibilities in that trial as well as several other filings in the past few weeks did not allow sufficient time to complete the anticipated dispositive motion in this action by

---

[1] The Amended Complaint was filed on May 1, 2006.

this week.  The litigation is complex in that Plaintiff has proceeded in numerous other judicial and administrative fora, and counsel has had difficulty gathering certain of the needed information.  In addition, the agency attorney assisting in the defense of this action has been delayed in completing a declaration needed with the motion.  And, both the agency counsel and the undersigned Assistant United States Attorney have scheduled vacation in the first part of July.  Accordingly, Defendant asks for this enlargement of time to complete the response to the Amended Complaint in the instant action.  A proposed Order consistent with this motion is attached.

                        Respectfully submitted,

                        _____
                        KENNETH L. WAINSTEIN, DC Bar #451058
                        United States Attorney

                        _____
                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney

                        _____
                        W. MARK NEBEKER, DC Bar #396739
                        Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on the 19th day of June, 2006.

```
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```