UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBERT B. HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-06 RCL |
| | ) |
| POSTMASTER GENERAL OF THE UNITED STATES | ) |
| | ) |
| Defendant. | ) |

ORDER

UPON CONSIDERATION of Defendant's Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time by which defendant may respond to the Amended Complaint in this action be and is hereby enlarged up to and including July 13, 2006.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

DAVID A. BRANCH, ESQ.
Law Offices of David A. Branch, PC
1825 Connecticut Ave., N.W.
Suite 690
Washington, DC  20009