UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
WILBERT B. HARRIS,                )
                                  )
        Plaintiff,                )
                                  )
    v.                            ) Civil Action No. 06-06 RCL
                                  )
POSTMASTER GENERAL                )
  OF THE UNITED STATES            )
                                  )
        Defendant.                )
                                  )
```

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of four business days within which to respond to the Amended Complaint[1] in this action, up to and including July 19, 2006.  Plaintiff, through counsel, David A. Branch, Esq., was contacted by telephone this date and has indicated that he takes no position on the motion.

This request is made because counsel for Defendant has nearly completed a dispositive motion in this action, but he is in need of a few additional documents from the agency, which he was unable to secure this date.  The litigation is complex in that Plaintiff has proceeded in numerous other judicial and administrative fora, and counsel continues to have difficulty gathering certain of the needed documents.  In addition, although the agency attorney assisting in the defense of this action was

---

[1] The Amended Complaint was filed on May 1, 2006.

able to locate and provide some of the needed documents this morning, those that remain to be secured and incorporated into the filing were delayed, in part, because of difficult contacting agency counsel this afternoon.  Accordingly, Defendant asks for this enlargement of time to complete the response to the Amended Complaint in the instant action.  A proposed Order consistent with this motion is attached.

                              Respectfully submitted,

                              _____
                              KENNETH L. WAINSTEIN, DC Bar #451058
                              United States Attorney

                              _____
                              RUDOLPH CONTRERAS, DC Bar #434122
                              Assistant United States Attorney

                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the Court's electronic transmission facilities on the 13th day of July, 2006.

```
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```