UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILBERT B. HARRIS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-06 (RCL) |
| **UNITED STATES POSTAL SERVICE POSTMASTER GENERAL** | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion [15] For An Enlargement of Time, and Memorandum in Support thereof, it is this hereby

ORDERED that, Defendant's motion [15] is GRANTED; It is further

ORDERED that Defendant's motions [9, 14] for an Enlargement of Time are granted *nunc pro tunc*. Defendant may respond to the Amended Complaint in this action by July 19, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 19, 2006.