LEXSEE 2004 MSPB LEXIS 415

WILBERT B. HARRIS, Appellant, v. UNITED STATES POSTAL SERVICE, Agency.

DOCKET NUMBER DC-0752-02-0771-I-2

MERIT SYSTEMS PROTECTION BOARD

*2004 MSPB LEXIS 415*

March 16, 2004

[*1]

Wilbert B. Harris, Cheverly, Maryland, Pro se.

Peter J. Henry, Esquire, Washington, D.C., for the agency.

**OPINIONBY:** ROBERTS, JR.

**OPINION:**

**BEFORE**

Neil A. G. McPhie, Acting Chairman

Susanne T. Marshall, Member

**FINAL ORDER**

The appellant and the agency have filed petitions for review in this case asking us to reconsider the initial decision issued by the administrative judge. We grant petitions such as these only when significant new evidence is presented to us that was not available for consideration earlier or when the administrative judge made an error interpreting a law or regulation. The regulation that establishes this standard of review is found in Title 5 of the Code of Federal Regulations, section 1201.115 (5 C.F.R. § 1201.115).

After fully considering the filings in this appeal, we conclude that there is no new, previously unavailable, evidence and that the administrative judge made no error in law or regulation that affects the outcome. 5 C.F.R. § 1201.115(d). Therefore, we DENY the petitions for review. We have not considered the agency's June 24, 2003 submission and the appellant's December 12, 2003 submission because they were untimely filed and they have not shown that they were based [*2] on evidence that was not previously available. *See* 5 C.F.R. § 1201.114(i). The initial decision of the administrative judge is final. This is the Board's final decision in this matter. 5 C.F.R. § 1201.113.

**NOTICE TO THE APPELLANT REGARDING YOUR FURTHER REVIEW RIGHTS**

You have the right to request further review of this final decision.

Discrimination Claims: Administrative Review

You may request the Equal Employment Opportunity Commission (EEOC) to review this final decision on your discrimination claims. *See* Title 5 of the United States Code, section 7702(b)(1) *(5 U.S.C. § 7702(b)(1))*. You must send your request to EEOC at the following address:

    Equal Employment Opportunity Commission

    Office of Federal Operations

    P.O. Box 19848

    Washington, DC 20036



You should send your request to EEOC no later than 30 calendar days after your receipt of this order. If you have a representative in this case, and your representative receives this order before you do, then you must file with EEOC no later than 30 calendar days after receipt by your representative. If you choose to file, be very careful to file on time.

Discrimination and [*3] Other Claims: Judicial Action

If you do not request EEOC to review this final decision on your discrimination claims, you may file a civil action against the agency on both your discrimination claims and your other claims in an appropriate United States district court. *See 5 U.S.C. § 7703(b)(2).* You must file your civil action with the district court no later than 30 calendar days after your receipt of this order. If you have a representative in this case, and your representative receives this order before you do, then you must file with the district court no later than 30 calendar days after receipt by your representative. If you choose to file, be very careful to file on time. If the action involves a claim of discrimination based on race, color, religion, sex, national origin, or a disabling condition, you may be entitled to representation by a court-appointed lawyer and to waiver of any requirement of prepayment of fees, costs, or other security. *See 42 U.S.C. § 2000e5(f); 29 U.S.C. § 794a.*

Other Claims: Judicial Review

If you do not want to request review [*4] of this final decision concerning your discrimination claims, but you do want to request review of the Board's decision without regard to your discrimination claims, you may request the United States Court of Appeals for the Federal Circuit to review this final decision on the other issues in your appeal. You must submit your request to the court at the following address:

United States Court of Appeals for the Federal Circuit

717 Madison Place, N.W.

Washington, DC 20439

The court must receive your request for review no later than 60 calendar days after your receipt of this order. If you have a representative in this case, and your representative receives this order before you do, then you must file with the court no later than 60 calendar days after receipt by your representative. If you choose to file, be very careful to file on time. The court has held that normally it does not have the authority to waive this statutory deadline and that filings that do not comply with the deadline must be dismissed. *See Pinat v. Office of Personnel Management, 931 F.2d 1544 (Fed. Cir. 1991).*

If you need further information about your right to appeal this decision [*5] to court, you should refer to the federal law that gives you this right. It is found in *5 U.S.C. § 7703.* You may read this law as well as review the Board's regulations and other related material at our web site, *http://www.mspb.gov/mspb_library.html.*

FOR THE BOARD:

Bentley M. Roberts, Jr.

Clerk of the Board

Washington, D.C.

```
                                                                110XTJ
********** Print Completed **********

Time of Request: July 12, 2006   04:49 PM EDT

Print Number:  1841:108179389
Number of Lines: 77
Number of Pages: 2











Send To:  ERICSON, ROSS
          USAO-WASHINGTON-DC
          PO BOX 37060
          WASHINGTON, DC 20013-7060
```