UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBERT B. HARRIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Postmaster General of the United )<br>States Postal Service )<br>)<br>) | CASE NUMBER 06-0006(RCL) |

### DECLARATION OF PATRICIA MORGESE RICHTER

I, Patricia Morgese Richter, hereby submit this declaration pursuant to 28 U.S.C. §1746. I am aware that it will be filed in connection with the above-captioned complaint and it is the equivalent of a statement under oath.

1. I am presently employed as the Manager, National Equal Employment Opportunity (EEO) Compliance and Appeals Programs for United States Postal Service's ("USPS"). In this capacity since December of 2003, I am responsible for the national EEO compliance and appeals program, including the complaints tracking system, which tracks EEO complaint information.

2. In reviewing the EEO complaints filed by the Plaintiff, Wilbert B. Harris, after the effective date of his termination on August 30, 2002, none of his complaints claimed discrimination for his termination. The



complaints filed in 2002 and afterwards covered working conditions and his non-selection to a position.

3. Furthermore, an EEO complaint (EEOC No. 100-2004-00143X; Agency Case No. HO-00-0132-03) was filed by Mr. Harris after his termination, which contained the following issues: whether the Plaintiff was discriminated against when he was taken off the clock for refusing to use a tool to clear a jam from a machine; issuance of a 14-day suspension for his refusal; denial of overtime; management failed to reach a settlement agreement with the Plaintiff; and he was not selected for a lockmaker position. The U. S. Postal Service issued a Notice of Final Action on March 21, 2005 dismissing the complaint and affording the Plaintiff an opportunity to appeal but there is no record of an appeal.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Patricia Morgese Richter

Date: 6/28/06