UNITED STATES POSTAL SERVICE

# EEO Complaint of Discrimination in the Postal Service

*(See Instructions and Privacy Act Statement on Reverse)*

| 1. Name | 2. SSN | 3. Case No. |
|---|---|---|
| Wilbert Billy Harris | 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 | |

| 4a. Mailing Address (Street or P.O. Box) | 4b. City, State and ZIP + 4 |
|---|---|
| 6108 State St Cheverly MD 20785 | Cheverly MD 20785-3850 |

| 5. Email Address * | 6. Home Phone | 7. Work Phone |
|---|---|---|
| C | (301) 773-6108 | (202) 268-5217 |

| 8. Position Title (USPS Employees Only) | 9. Grade Level (USPS Employees Only) | 10. Do You Have Veteran's Preference Eligibility? |
|---|---|---|
| Machine Operator | 5 | ☒ Yes ☐ No |

| 11. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and ZIP+4) | 12. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| 2135 5th St NE Washington DC 20260 | Mr John Worth - Plant Manager; Mr Shelby Bryant - Support Supervisor |

| 13a. Name of Your Designated Representative | 13b. Title |
|---|---|
| | |

| 13c. Mailing Address (Street or P.O. Box) | 13d. City, State and ZIP + 4 |
|---|---|
| | |

| 13e. Email Address * | 13f. Home Phone | 13g. Work Phone |
|---|---|---|
| | ( ) | ( ) |

* Providing this information will authorize the Postal Service to send important documents electronically.

**14. Type of Discrimination You Are Alleging**

- ☐ Race (Specify):
- ☐ Color (Specify):
- ☐ Religion (Specify):
- ☐ National Origin (Specify):
- ☐ Sex (Specify):
- ☐ Age (40+) (Specify):
- ☒ Retaliation (Specify Prior EEO Activity):
- ☐ Disability (Specify):

**15. Date on Which Alleged Act(s) of Discrimination Took Place**

See pre complaint on or about 03-11-03

**16.** Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R. § 1614.106(d)*

I Applied For the Lockmaker position And was denied while having more Qualification And Seniority than the employee who was Awarded the position.

**17. What Remedy Are You Seeking to Resolve this Complaint?** I seek the position of Lockmaker And the maximum Financial Compensation Allowed by Law For such A discriminative Act by the employer.

**18. Did You Discuss Your Complaint with a *Dispute Resolution Specialist* or a *REDRESS* Mediator?**

☐ Yes (Date you received the Notice of Final Interview): ______ ☐ No

| 19a. Signature of Dispute Resolution Specialist | 19b. Date |
|---|---|
| [signature] | 4/21/03 |

| 20. Signature of Complainant or Complainant's Attorney | 21. Date of this Complaint |
|---|---|
| Wilbert B Harris [signature] | 4-24-03 |

PS Form 2565, March 2001 (Page 1 of 2)

EXHIBIT 6 CA 06-6 RCL

684



Mr Wilbert B Harris
6108 State ST
Cheverly MD 20785-3850

U.S. Postal Services
Office of Compliance And Appeals
Capital Metro Operations
P.O. Box 1730
Ashburn VA 20146-1730

6

UNITED STATES POSTAL SERVICE®

# EEO Complaint of Discrimination in the Postal Service

*(See Instructions and Privacy Act Statement on Reverse)*

1. Name: Wilbert B Harris
2. SSN: 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
3. Case No: HO-0216-03

4a. Mailing Address *(Street or P.O. Box)*: 6108 State St Cheverly MD
4b. City, State and ZIP + 4: Cheverly Maryland - 20785-3850

5. Email Address *:
6. Home Phone: (301) 773-6108
7. Work Phone: (202) 268-5217

8. Position Title *(USPS Employees Only)*: Machine-operator
9. Grade Level *(USPS Employees Only)*: 5
10. Do You Have Veteran's Preference Eligibility? ☒ Yes ☐ No

11. Installation Where You Believe Discrimination Occurred *(Identify Installation, City, State, and ZIP+4)*: 2135 5th St NE Washington, DC-20260

12. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory: Mr John Worth - Plant Manager; Mr Shelby Bryant - Support Service Sup

13a. Name of Your Designated Representative: Pending
13b. Title:
13c. Mailing Address *(Street or P.O. Box)*:
13d. City, State and ZIP + 4:
13e. Email Address *:
13f. Home Phone: ( )
13g. Work Phone: ( )

* Providing this information will authorize the Postal Service to send important documents electronically.

14. Type of Discrimination You Are Alleging

- ☒ Race *(Specify)*:
- ☐ Color *(Specify)*:
- ☐ Religion *(Specify)*:
- ☐ National Origin *(Specify)*:
- ☐ Sex *(Specify)*:
- ☐ Age (40+) *(Specify)*:
- ☒ Retaliation *(Specify Prior EEO Activity)*:
- ☐ Disability *(Specify)*:

15. Date on Which Alleged Act(s) of Discrimination Took Place: Check pre-complaint However, Continuoes

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R. § 1614.106(d)*

See pre-complaint Allegation on each claim.

EEO COMPLIANCE AND APPEALS
U.S. POSTAL SERVICE
APR 21 2003
PROCESSING CENTER
CAPITAL METRO OPERATIONS

17. What Remedy Are You Seeking to Resolve this Complaint? A proper Rectification on All Claims I seek the Financial Maximum, Compensation Amount Allowed under penalty of Law

18. Did You Discuss Your Complaint with a *Dispute Resolution Specialist* or a *REDRESS* Mediator?
☒ Yes *(Date you received the Notice of Final Interview)* (Some of Them) ☐ No

19a. Signature of Dispute Resolution Specialist: [signature]
19b. Date: 4/11/03

20. Signature of Complainant or Complainant's Attorney: [signature] Wilbert B Harris
21. Date of this Complaint: 04-18-03

PS Form 2565, March 2001 *(Page 1 of 2)*



Wilbert B Harris
6108 State ST
Cheverly, M.D. 20785-3850

RETURN RECEIPT REQUESTED

U.S. Postal Service
Office of Compliance and App
Capital Metro operations
P.O. Box 1730
Ashburn VA 20146-1730

68

UNITED STATES POSTAL SERVICE®

**EEO Complaint of Disc... ation in the Postal Service**
*(See Instructions and Privacy Act Statement on Reverse)*

1. Name: Wilbert Billy Harris
2. SSN: 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
3. Case No: HO-0132-02
4a. Mailing Address (Street or P.O. Box): 6108 State St Cheverly MD
4b. City, State and ZIP + 4: Cheverly MD 20785
5. Email Address*:
6. Home Phone: (301) 773-6108
7. Work Phone: (202) 281-2620
8. Position Title (USPS Employees Only): Machine-Operator
9. Grade Level (USPS Employees Only): Level-5
10. Do You Have Veteran's Preference Eligibility? ☒ Yes ☐ No
11. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and ZIP+4): Mail-Equipment Shops
12. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory: General Manager → Ms Jessie Barrett; Postmaster → Mr John Worth
13a. Name of Your Designated Representative:
13b. Title: General Manager – postmaster
13c. Mailing Address (Street or P.O. Box):
13d. City, State and ZIP + 4: Washington, DC 20017
13e. Email Address*:
13f. Home Phone: ( )
13g. Work Phone: ( )

* Providing this information will authorize the Postal Service to send important documents electronically.

14. Type of Discrimination You Are Alleging
- ☒ Race (Specify):
- ☐ Color (Specify):
- ☐ Religion (Specify):
- ☐ National Origin (Specify):
- ☐ Sex (Specify):
- ☐ Age (40+) (Specify):
- ☒ Retaliation (Specify Prior EEO Activity):
- ☐ Disability (Specify):

15. Date on Which Alleged Act(s) of Discrimination Took Place: Check The Record

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R. § 1614.106(d)*

I have Filed several Complaints on each one I depicted Retaliation And or Discrimination However They Are All Related to Retaliation due to my Union position And concerted Activities And they Are Discriminative due to My Race.

17. What Remedy Are You Seeking to Resolve this Complaint? I seek Full Restitution of employment And Back pay (Make whole Remedy). If discrimination is present And or Found I seek FINANCIAL MAXIMUM Allowed under ESOC-LAW And or Public LAW.

18. Did You Discuss Your Complaint with a Dispute Resolution Specialist or a REDRESS Mediator? NOT every one
☐ Yes (Date you received the Notice of Final Interview): December 7th 2002 ☐ No

19a. Signature of Dispute Resolution Specialist: [signature]
19b. Date: 12-02-02

20. Signature of Complainant or Complainant's Attorney: [signature]
21. Date of this Complaint: 12-11-02

PS Form 2565, March 2001 (Page 1 of 2)

MAIL EQUIPMENT SHOPS LOCAL
P.O. BOX 4535
Washington, D.C. 20005
202-529-9500 (tel.)
301-773-1492 (fax.)

## FACSIMILE TRANSMITTAL

TO: MS Beverly Brown

FAX NUMBER: 202-268-6189

FROM: Wilbert Harris

DATE: 12-11-02

PAGES: 3

---

Dear Ms Brown

Please be in Reciept of EEO Formal complaint Form, I Am Also fowarding you a copy by MAIL.

Thankyou
Wilbert Harris

UNITED STATES
POSTAL SERVICE

475 L'ENFANT PLAZA SW RM 1520
WASHINGTON DC 20260-0080

Beverly Brown
U.S. Postal Service
EEO Compliance and Appeals Office
475 L'Enfant Plaza, SW, Room 9431
Washington, DC 20260-4135

20260/4135

690