EEO COMPLIANCE AND APPEALS
CAPITAL METRO OPERATIONS


**UNITED STATES**
**POSTAL SERVICE**

June 6, 2003

Wilbert B. Harris
6106 State Street          Agency Case No. HO-000-0132-02
Cheverly MD 20785-3850

Dear Mr. Harris:

We have received your complaints of discrimination, which include case numbers HO-000-0132-02, HO-000-0216-03, and 6L-000-0002-03 filed on December 11, 2002, April 18, 2003, and April 25, 2003. Your claims of discrimination have been **consolidated** and will be processed under case number HO-000-0132-02.

The entire scope of the investigation will include the following issues only:

Specific Issues[1]: You alleged discrimination based on race (Unspecified) and retaliation (Prior EEO Activity), when: **(2)** on June 12, 13 & 20, 2002, the MES Administration took you off the clock for failing to use power tool to trouble shoot a piece of robotic machinery without proper training; **(4)** on July 2, 2002, you were issued a 14-Day Suspension and **(5)** from July 15, 2002 through July 27, 2002, you were denied working overtime; discrimination based on age (DOB: 3/9/50), sex (Male) and retaliation (Prior EEO Activity), when: **(9)** on March 4, 2003, management failed to enter into a Last Chance Agreement with you; and discrimination based on retaliation (Prior EEO Activity), when: **(10)**[2] on or about March 11, 2003, you were denied the Lockmaker's position.

If you do not agree with the defined <u>accepted</u> issue(s), you must provide a written response specifying the nature of your disagreement within seven (7) calendar days of receipt of this letter to the Senior EEO Complaints Investigator, Office of EEO Compliance and Appeals, P. O. Box 1730, Ashburn, Virginia 20146-1730. You are reminded that any notification of disagreement with the defined accepted issue(s) is not an opportunity or forum to

---

[1] Issues #1, #3, #6, #7 & #8 were previously dismissed in correspondence to Mr. Harris dated February 27, 2003 and May 14, 2003.

[2] Issue #10 was filed under 6L-000-0002-03, and is now accepted and consolidated under Agency case number HO-000-0132-03.

raise additional, unrelated allegations of discrimination. Additional unrelated issues must be pursued through established procedures with your local EEO Office.

Your case will be assigned for investigation. Please be prepared to go forward with your case and provide an affidavit when the Investigator contacts you in the near future.

The investigation must now be completed within the earlier of 180 days of this consolidation or 360 days from the date the original complaint was filed, except that you may request a hearing on the original complaint and consolidated issues at any time after 180 days from the date the original complaint was filed.

When the investigation is completed, you will receive a copy of the investigative report, and you will be notified of your right to a hearing before an Equal Employment Opportunity Commission (EEOC) Administrative Judge or of your right to a final decision by the agency head or designee without a hearing. You may request a final agency decision without a hearing, at the appropriate time, by writing to the Manager, EEO Compliance and Appeals, P. O. Box 1730, Ashburn, Virginia 20146-1730.

You may request a hearing by an EEOC Administrative Judge by notifying, in writing, the District Director of the EEOC at the following address:

> ADMINISTRATIVE JUDGE
> EEO COMMISSION
> WASHINGTON FIELD OFFICE
> 1400 L STREET NW, SUITE 200
> WASHINGTON DE 20005-3514

You must make your hearing request within 30 calendar days of your receipt of the investigative report and you must provide the Manager, EEO Compliance and Appeals, Capital Metro Operations with a copy of that hearing request. If you do not receive your investigative report and notification concerning your appeal rights within 180 calendar days from the date on which you filed your formal complaint, you may request a hearing by writing directly to the EEOC District Office shown above, with a copy to the Manager, EEO Compliance and Appeals, P. O. Box 1730, Ashburn, Virginia 20146-1730, at any time up to 30 calendar days after receipt of the investigative report.

If you are dissatisfied with the Postal Service's final agency decision where there has been no hearing, or with the Postal Service's final action on the decision of an Administrative Judge following a hearing, you have certain appeal rights. You may appeal to the Office of Federal Operations, Equal Employment Opportunity Commission (EEOC), at the address shown below, within

30 calendar days of the date of your receipt of the final agency decision or you may file a civil action in the appropriate U. S. District Court within 90 calendar days of your receipt of the decision. You may also appeal a final action by the Postal Service implementing a decision of an Administrative Judge following a hearing within 30 calendar days of the date of your receipt of that final action or you may file a civil action in an appropriate U. S. District Court within 90 calendar days of the date of your receipt of the final action. Finally, you may respond to an appeal by the Postal Service in connection with its final action not to implement a decision of an Administrative Judge following a hearing or you may file a civil action in an appropriate U. S. District Court within 90 calendar days of the date of your receipt of the final action and appeal.

Any appeal to the EEOC should be addressed to the Office of Federal Operations (OFO), Equal Employment Opportunity Commission (EEOC), P. O. Box 19848, Washington, D. C. 20036-9848. Along with your appeal, you must submit proof to the EEOC that a copy of the appeal and any supporting documentation were also submitted to the Office of EEO Compliance and Appeals, U S Postal Service, Capital Metro Operations, P. O. Box 1730, Ashburn, VA 20146-1730.

After 180 calendar days from the date of filing your formal complaint, you may file a civil action in an appropriate U. S. District Court if the Postal Service has not issued a final decision on your complaint or if no final action has been taken on a decision by an Administrative Judge.

If you decide to appeal to the Office of Federal Operations, EEOC, you may file a civil action in an appropriate U. S. District Court within 90 calendar days after your receipt of the Office of Federal Operation's decision. If you do not receive a decision on your appeal within 180 calendar days from the date of your appeal, you may file a civil action.

Donald A. Jones
Senior EEO Complaints Investigator


Attachment:
　　Certificate of Service

659

③

*UNITED STATES POSTAL SERVICE*
*EQUAL EMPLOYMENT OPPORTUNITY CASE*
*IN THE MATTER OF*


*Wilbert B. Harris, Complainant.*
*Agency Case No. HO-000-0132-02*


### CERTIFICATE OF SERVICE


I hereby certify that the Agency's Acceptance of Formal EEO Complaint has been sent by regular mail on this date to:

**COMPLAINANT:**
Wilbert B. Harris
6108 State Street
Cheverly MD 20785-3850


**COMPLAINANT'S REPRESENTATIVE:**
Pro Se


**MANAGER EEO DISPUTE RESOLUTION**
Headquarters
US Postal Service
475 L'Enfant Plaza SW, Room 9431
Washington DC 20260-4135


7 Glas 2003
_____
Date

OFFICE OF EEO COMPLIANCE AND APPEALS
UNITED STATES POSTAL SERVICE
CAPITAL METRO OPERATIONS
P O BOX 1730
ASHBURN VA 20146-1730


660

(4)