*UNITED STATES POSTAL SERVICE*
*EQUAL EMPLOYMENT OPPORTUNITY CASE*
*IN THE MATTER OF*

| | |
|---|---|
| Wilbert B. Harris,<br>Complainant,<br><br>v.<br><br>John E. Potter,<br>Postmaster General,<br>U. S. Postal Service,<br>Capital Metro Operations,<br>Agency. | Date March 21, 2005<br><br>Agency Case No. HO-00-0132-03<br><br>EEOC No. 100-2004-00143X |

*NOTICE OF FINAL ACTION*

This will be the Agency's Notice of Final Action, in accordance with 29 C.F.R., Part 1614.110(a) on the above-cited discrimination complaint filed on December 11, 2002. The complainant alleged discrimination based on race (Black American), and retaliation (Prior EEO Activity), when: (1) on June 12, 13 and 20, 2002, the Mail Equipment Shop Administration (MES) put him off the clock for failing to use a power tool to trouble shoot a piece of robotic machinery without proper training; (2) on July 2, 2002, he was issued a 14-day suspension; and (3) from July 15-27, 2002, he was denied overtime. The complainant alleged discrimination based on age (DOB: 3/9/50) sex (Male) and retaliation (Prior EEO Activity), when (4) on March 4, 2003, management failed to enter into a Last Chance Agreement with him. The complainant alleged discrimination based on retaliation (Prior EEO Activity), when (5) on or about March 11, 2003, he was not selected for a Lockmaster position.

On March 8, 2005, EEOC Administrative Judge Frances del Toro issued a summary judgement decision finding no discrimination by the agency against the complainant. This decision was postmarked March 9, 2005, and received by the Postal Service on March 11, 2005.

I have reviewed the entire record and I have decided to implement the decision of the Administrative Judge.


EXHIBIT 9

## *COMPLAINANT'S APPEAL RIGHTS*

### *Right to file a civil action*

If you are dissatisfied with this final agency decision, you may file a civil action in an appropriate U.S. District Court **within 90 calendar days** of your receipt of this decision. If you choose to file a civil action, that action should be captioned <u>Wilbert B. Harris vs John E. Potter, Postmaster General, U.S. Postal Service</u>. You may also request the court to appoint an attorney for you and to authorize the commencement of that action without the payment of fees, costs, or security in such circumstances as the court deems just. Your application must be filed within the same 90-day time period for filing the civil action.

### *Appeal to the Equal Employment Opportunity Commission*

In lieu of filing a civil action, you may appeal to the Equal Employment Opportunity Commission **within 30 calendar days** of the date of your receipt of this decision, or, if you are represented by an attorney, **within 30 calendar days** of your attorney's receipt of the decision. The appeal must be in writing and filed with the Director, Office of Federal Operations, Equal Employment Opportunity Commission, PO Box 19848, Washington, DC 20036-0848, or by personal delivery to 1801 L Street NW 5th Floor, Washington, DC 20507, or facsimile to (202) 663-7022. The complainant should use PS Form 3573, Notice of Appeal/Petition, (attached to the agency's decision) and should indicate what he or she is appealing. Any supporting statement or brief must be submitted to the EEOC within 30 calendar days of filing the appeal. A copy of the appeal and any supporting documentation must also be submitted to the agency's designated office: Office of EEO Compliance and Appeals, U. S. Postal Service, Capital Metro Operations, P. O. Box 1730, Ashburn, VA 20146-1730. In or attached to the appeal to the EEOC, you must certify the date and method by which service of the appeal was made on the agency's office.

Failure to file within the 30-day period could result in the EEOC's dismissal of the appeal unless you explain, in writing, extenuating circumstances which prevented filing within the prescribed time limit. In this event, extending the time limit and accepting the appeal will be discretionary with the EEOC.

If you file an appeal with the EEOC's Office of Federal Operations, you may thereafter file a civil action in an appropriate U.S. District Court **within 90 calendar days** of your receipt of the Office of Federal Operations' decision. A civil action may also be filed after 180 calendar days of your appeal to the EEOC, if you have not received a final decision on your appeal.

                            Kathleen M. Eley
                            Manager, EEO Compliance & Appeals
                            Capital Metro Operations

Attachments:
1. Certificate of Service
2. PS Form 3573, "Notice of Appeal/Petition" (Complainant and Complainant's representative, if an attorney)

UNITED STATES POSTAL SERVICE
EQUAL EMPLOYMENT OPPORTUNITY CASE
IN THE MATTER OF

*Wilbert B. Harris, Complainant*
*Agency Case No. HO-000-0132-02*
*EEOC No. 100-2004-00143X*

### CERTIFICATE OF SERVICE

For timeliness purposes, it is presumed that the Notice of Final Action was received by the following individuals within five (5) calendar days after it was mailed on the date indicated below.

**COMPLAINANT:**
WILBERT B HARRIS
6108 STATE STREET
CHEVERLY MD  20785-3850

**COMPLAINANT'S REPRESENTATIVE:**
PAUL BENNETT
ATTORNEY AT LAW
133 DEFENSE HWY #209
ANNAPOLIS MD  21401-8907

**AGENCY'S REPRESENTATIVE:**
STPHEN FURGESON
ATTORNEY AT LAW
CAPITAL METRO LAW OFFICE
400 VIRGINIA AVE SW #650
WASHINGTON DC  20024-2730

**ADMINISTRATIVE JUDGE:**
FRANCES del TORO
ADMINISTRATIVE JUDGE
EEOC - WASHINGTON FIELD OFFICE
2802 L STREET NW #100
WASHINGTON DC  20507-0001

_March 21, 2005_
Date

_[signature]_
OFFICE OF EEO COMPLIANCE AND APPEALS
CAPITAL METRO OPERATIONS
US POSTAL SERVICE
PO BOX 1730
ASHBURN VA  20146-1730

RECEIVED
MAR 2 3 2005
CAPITAL METRO AREA LAW OFFICE
U.S. POSTAL SERVICE