```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

WILBERT B. HARRIS                    )
                                     )
            Plaintiff,               )
                                     )
     v.                              )    Civil Action No. 06-06 RCL
                                     )
POSTMASTER GENERAL OF THE UNITED     )
   STATES POSTAL SERVICE,            )
                                     )
            Defendant.               )
                                     )
_____)
```

ORDER

UPON CONSIDERATION of the Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment, any opposition thereto, and the entire record herein, it is on this _____ day of _____, _____ hereby

ORDERED that the defendant's motion should be and hereby is GRANTED; and it is further

ORDERED that the complaint is dismissed with prejudice.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530


DAVID A. BRANCH, ESQ.
LAW OFFICE OF DAVID A. BRANCH
1825 Connecticut Avenue, N.W.
Washington, DC 20009