IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILBERT HARRIS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**POSTMASTER GENERAL OF THE** )<br>**UNITED STATES POSTAL SERVICE,** )<br>)<br>**Defendant.** )<br>) | Case No.: 1:06-cv-00006 (RCL) |

### Plaintiff's Consent Motion for Extension of Time to File Opposition to Motion to Dismiss or for Summary Judgment

Comes now the Plaintiff, by and through counsel, and files this consent motion to file opposition to Defendant's Motion to Dismiss or for Summary Judgment and in support thereof states as follows.

Defendant filed a motion to dismiss or for summary judgment and Plaintiff's opposition is due on or about July 31, 2006. Plaintiff requests a thirty day extension of time to file the opposition. Plaintiff's counsel is scheduled for vacation the first week of August and despite diligent efforts, counsel was unable to finish the opposition before July 31, 2006, due to obligations in other matters. Specifically, Plaintiff's counsel was required to file an exhaustive reply brief in the certification of a class action pending in the U.S. District Court before U.S. District Court Judge Henry Kennedy, <u>Taylor et al. v. D.C. Water and Sewer Authority</u>, 01CV561, on July 21, 2006, and counsel was required to attend an all day hearing/settlement conference before U.S. Magistrate Judge Charles Day for the U.S. District Court of Maryland on July 24, 2006, and Counsel was required to file a brief and joint appendix in an appeal in the D.C. Court of Appeals on July 26,

2

2006, <u>Gardner v. District of Columbia, et al.</u>, 06-cv-0352.  Defendant counsel consents to a thirty day extension.

                                      Respectfully submitted,

By:          /s/
     David A. Branch #438764
     Law Offices of David A. Branch, PC
     1825 Connecticut Avenue, N.W.
     Washington, D.C.  20009
     (202) 785-2805 (phone)
     (202) 785-0289 (facsimile)
     dablaw@erols.com

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify this 31st day of July 2006 that a copy of this Motion for Extension of Time to File Opposition to Motion to Dismiss or for Summary Judgment was sent by electronic mail to counsel for the Defendant at the address listed below:

Mark Nebeker
Assistant U.S. Attorney
District of Columbia
555 4th Street, NW
Washington, DC 20009

                                                  /s/
                                        David A. Branch