UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILBERT B. HARRIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No. 06-06 (RCL)** |
| ) | |
| **UNITED STATES POSTAL SERVICE** ) | |
| **POSTMASTER GENERAL** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of plaintiff's Motion [18] For An Enlargement of Time, and Memorandum in Support thereof, it is this hereby

ORDERED that, plaintiff's motion [18] is GRANTED; It is further

ORDERED that plaintiff may respond to defendant's motion in this action by August 31, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 16, 2006.