UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

WILBERT B. HARRIS

        Plaintiff,

Vs.                              Civil Action No. 06-06 RCL

POSTMASTER GENERAL OF THE UNITED
STATES POSTAL SERVICE,

        Defendant.


PLAINTIFF'S MOTION TO TERMINATE HIS
REPRESENTATIVE DAVID A BRANCH AND TO RESPOND TO
DEFENDANT PRO SE FOR THE FOLLOWING REASONS:

THE PLAINTIFF FILED A FORMER COMPLAINT WITH THE EMPLOYERS
EEO AGENCY ON A SEGREGATED FACILITY A PROPOSED REMOVAL
AND A SUBSEQUENT REMOVAL

(A) ATTORNEY BRANCH INSPITE OF HAVING DIRECT EVIDENCE OF
PLAINTIFF"S COMPLAINT FAILED TO PURSUE PLAINTIFF"S LAWFUL
OBJECTIVES

(B) ATTORNEY BRANCH MADE ERRONEOUS ASSERTION OF
PLAINTIFF"S ELECTED CHOICE OF FORM TO PROCEED

(C) BRANCH FAILED TO KEEP PLAINTIFF REASONABLY INFORMED
ON KEY CORRESPONDENCE DEFENDANT SUBMITTED RESPONSE TO
COMPLAINT ON 07/20/06    THE PLAINTIFF RECEIVED IT ON 8/15/06
AFTER HE INITIATED CONTACT WITH MR BRANCH

(D) BRANCH MADE INTENTIONAL FALSE AND DISHONEST
STATEMENTS

(E) BRANCH BETRAYED MY TRUST AND INTERFERED WITH THE
ADMINISTRATION OF JUSTICE PLAINTIFF ASKS THAT REQUEST BE
GRANTED

RECEIVED

AUG 2 5 2006

Wilbert B Harris
6108 State ST
Cheverly MD 20785
301-773-6108.

## CERTIFICATE OF SERVICE

I,Wilbert B. Harris, will mail a copy of this motion to attorney David V. Branch address
today August 25,2006.
1825 Connecticut Avenue,NW
Suite 690
Washington DC 20009`

And Attorney W. Mark Nebeker Adress

W. Mark Nebeker
Assistant United States Attorney
Civil Division
555 4H Street, N.W
Washington, DC 20530

Wilbert B.,Harris
6108 State Street
Cheverly MD. 20785
301-773-6108

This is for a case already existing in this court.