UNITED STATES DISTRICT COURT
FOR THE DISRICT OF COLOMBIA

Wilbert B. Harris

    Plaintiff

    Vs.                                  Civil Action No. 06-06 RCL

United States Postal Service
Postmaster General

    Defendant

## ORDER

Upon consideration of Plaintiff's Motion requesting the termination of representative David V. Branch from the above reference case therefore and for the reason set forth in Support thereof it is this 25th day of August 2006, hereby,

Ordered that, Plaintiff's motion be and is hereby granted.

                                                      United States District Judge

Wilbert B. Harris
6108 State Street
Cheverly MD 20785

Attorney David A. Branch
1825 Connecticut Avenue, NW
Washington DC 20009