UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wilbert B. Harris, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-06 RCL |
| Postmaster General of the ) | |
| United States Postal Service, ) | Dated: August 30, 2006 |
| Defendant. ) | |

### NOTICE OF FILING

When the Plaintiff initially filed his complaint in the court he was not informed or made aware that he was to submit a copy of his former EEO complaint. Pursuant to that requirement, please be in receipt for the record of the following:

(a) Letter of Final Interview (2 pages - instructions on final complaint);

(b) Formal Complaint - Forms 2579-A, 2563-B & 2565 (3 pages);

(c) Agency's Acceptance Letter of Formal Complaint (6 pages);

(d) Petition for Election (2 pages); and

(e) Union Grievance MES 98-124-C (2 pages).

Respectfully submitted,

Wilbert B. Harris
Plaintiff
6108 State Street
Cheverly, MD 20785

**RECEIVED**

AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Notice of Filing was submitted via first class mail to:

>W. Mark NEBEKER
>Assistant United States Attorney
>Civil Division
>555 4th Street, NW
>Washington DC 20530

>David A. Branch, Esq.
>Law Office of David A. Branch
>1825 Connecticut Avenue, N.W.
>Washington, DC 20009

Date: AUG-30, 2006

Wilbert B. Harris
Plaintiff