DISPUTE RESOLUTION SPECIALIST
EEO COMPLIANCE AND APPEALS

**UNITED STATES POSTAL SERVICE**

A

Certified Mail No: 7099 3400 0008 5897 0401
Return Receipt Requested

December 2, 2002

WILBERT HARRIS
6108 STATE STREET
CHEVERLY MD 20785-3850

RE: EEO Counseling Request No. HO-0132-02

This letter constitutes the final interview in your April 19, June 12, July 12, August 8, and August 19, 2002, requests for EEO counseling and provides you the necessary paperwork for filing a formal complaint, should you choose to do so.

In your April 19 paperwork, you alleged discrimination on the basis of race (African American), when on or about April 19, 2002, the International Association of Machinists and Aerospace Workers' Union (I.A.M.) held a segregated meeting at the Mail Equipment Shop (MES). You also alleged that the process used to excess employees from the MES was discriminatory.

On June 12 you contacted the EEO Office alleging discrimination on the bases of retaliation for prior EEO activity, race (African American), and age, when on June 12, 13, and 20, USPS MES administration took you off the clock for allegedly failing to use a power tool to trouble shoot a piece of robotic machinery without proper training. You subsequently contacted the EEO Office stating that "retaliation" was the only basis you wanted to claim on this issue.

On July 12 you did not cite a basis for discrimination but alleged that on July 1 and July 2 respectively, you received a Letter of Proposed Removal and a Notice of a 14-Day Suspension for refusing to trouble shoot a piece of robotic machinery.

In your August 8 contact with the EEO Office, you alleged that you were denied overtime during the period that you were on suspension; no basis for discrimination was cited.

On or about August 19, you alleged class discrimination against African Americans stating that the Postal Service has failed to establish a hazardous materials program and training for blacks and minorities at the MES and is subsequently closing the Bag Shop as a result of liability.

Your allegations have not been resolved; therefore, you have the right to file a formal complaint. Enclosed please find a PS Form 2579-A, *Notice of Right to File Individual Complaint*. Please sign the form and return the original to me in the enclosed self-addressed envelope. Also, because you alleged age as a basis for discrimination, despite your subsequent retraction, I have included PS Form 2563-B, *Allegations of Discrimination Based on Age*, which you should also sign and return to me in the enclosed envelope. Retain copies of all forms for your records. Should you decide not to file a formal complaint, please complete Form 2564-C, *Withdrawal of Complaint of Discrimination*, and return it to me.

475 L'ENFANT PLAZA, S.W.
WASHINGTON, DC 20260-4135
(202) 268-8101
FAX: (202) 268-6189

- 2 -

If you choose to file a formal complaint, PS Form 2565, *Formal Complaint of Discrimination in the Postal Service*, is included. Your formal complaint must be filed (postmarked) within fifteen (15) calendar days of your receipt of this notice. Your formal complaint must be mailed to the following address:

    U. S. Postal Service
    Office of Compliance and Appeals
    Capital Metro Operations
    PO Box 1730
    Ashburn VA 20146-1730

If you have any questions regarding this notice, please do not hesitate to call.

Sincerely,

*Beverly Brown*

Beverly Brown

Enclosures

cc: ERIC STEELE, ESQ.
    1119 12th ST NW
    WASHINGTON, DC 20005-4661

Certified Mail No. 7099 3400 0008 5899 1406
Return Receipt Requested