B



**UNITED STATES POSTAL SERVICE®**

## Notice of Right to File Individual Complaint

TO: Name (First, MI, Last)     Re: Case No.

Wilbert B. Harris            H0-0132-02

This notice will attest to the fact that on _____, I advised you of the actions taken concerning the alleged discrimination that you brought to my attention. If the matters that you raised during the pre-complaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date you received this notice. If you decide to file a formal complaint, your complaint must be put in writing and signed by you or your attorney, if you retain one to represent you. I am providing you with *PS Form 2565, EEO Complaint of Discrimination in the Postal Service*, for this purpose. The complaint must be delivered to:

> U.S. Postal Service
> Office of Compliance and Appeals
> Capital Metro Operations
> P.O. Box 1730
> Ashburn, VA 20146-1730

Your complaint will be deemed timely filed if it is received at this address before the expiration of the 15-day filing period, or if it bears a postmark that is dated before the expiration of the filing period. In the absence of a legible postmark, it must be received by mail within 5 calendar days of the expiration of the filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, age (40+), national origin, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) Your name, address, position, and level;

- If you change your address, you have a regulatory requirement to immediately report the change to the Manager, EEO Compliance and Appeals, in your area. (*If you are employed at Postal Service Headquarters, a Headquarters Field Unit or by the Postal Inspection Service, you should notify the EEO Appeals Review Specialist at Postal Service Headquarters.*)

(2) The specific action or matter complained of, the date of occurrence, and the names of the official(s) who took the alleged discriminatory action at issue in this complaint;

(3) The specific type of discrimination alleged, e.g. race – African American, sex - female, etc.;

- If you allege disability discrimination, the alleged disability must be more than a temporary condition.
- If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) A brief statement of the facts that led you to believe you were discriminated against and the names of similarly situated individuals whom you believe were treated differently than you.

- If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.
- If you allege retaliation, you must show a connection between the action at issue in the complaint your are filing and your past EEO activity. You must also show that when the alleged discriminatory action at issue in this complaint occurred, the management who took the action was aware that you had previously engaged in protected activity.

(5) The name of the EEO Dispute Resolution Specialist who provided you with this notice and the date you received this Notice of Right to File.

### Privacy Act Notice

Privacy Act Notice. The collection of this information is authorized by The Equal Employment Opportunity Act of 1972; 42 U.S.C. § 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which USPS is a party of has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Signature of Dispute Resolution Specialist | Date | Your Signature | Date Received |
|---|---|---|---|
| *Beverly Brown* | 12-12-02 | *Wilbert B Harris* | 12-21-02 |

Dispute Resolution Specialist: If you are mailing this Notice, you must send it by Certified Mail, Return Receipt Requested

PS Form 2579-A, March 2001


**UNITED STATES POSTAL SERVICE®**

**Allegations of Discrimination Based on Age**

Case No. H0-0132-02

To: (Full Name, & Address)

WILBERT HARRIS
6108 STATE STREET
CHEVERLY MD 20785-3850

The Age Discrimination in Employment Act (ADEA) of 1967, as amended, prohibits discrimination in employment on the basis of age (40 years or older). The ADEA allows persons claiming age discrimination to go directly to court without going through an agency's administrative complaint procedures. The following information is being provided to you to explain the procedures concerning age discrimination.

If your complaint alleges age discrimination, you may bypass the administrative complaint process by electing not to file a formal complaint and instead filing a civil action in an appropriate U.S. District Court. Before filing suit in U.S. District Court, you must file a notice of intent to sue with the Office of Federal Operations, Equal Employment Opportunity Commission. You must file the notice within 180 calendar days of the date of the alleged discriminatory action. Once you have filed a timely notice of intent to sue with the EEOC, you must wait thirty (30) calendar days before filing a civil action.

A. Notices of intent to sue must be mailed to the EEOC at the following address:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
OFFICE OF FEDERAL OPERATIONS
FEDERAL SECTOR PROGRAMS
P.O. BOX 19848
WASHINGTON, D.C. 20036-9848

or delivered to:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
OFFICE OF FEDERAL OPERATIONS
FEDERAL SECTOR PROGRAMS
1801 L STREET, N.W.
WASHINGTON, D.C. 20507-0001

or faxed (if no more than 10 pages) to:

OFFICE OF FEDERAL OPERATIONS
FEDERAL SECTOR PROGRAMS
(202) 663-7022.

B. The notice of intent to sue should be dated and must contain the following information:

(1) Statement of intent to file a civil action under section 15(d) of the Age Discrimination in Employment Act of 1967, as amended;
(2) Your name, address, and telephone number;
(3) Name, address, and telephone number of the your designated representative, if any;
(4) Name and location of the Postal facility where the alleged discriminatory action occurred;
(5) Date on which the alleged discriminatory action occurred;
(6) Statement of the nature of the alleged discriminatory action(s); and
(7) Your signature or your representative's signature.

C. If you choose to file a formal EEO complaint, you must exhaust your administrative remedies before you can file a civil action. 29 C.F.R. §1614 provides that you exhaust administrative remedies under the ADEA: (1) 180 days after filing a complaint, if the Postal Service has not taken final action and you have not filed an appeal; or (2) within 90 calendar days after receiving a final action by the Postal Service; or (3) 180 days after filing an appeal with the EEOC if the Commission has not issued a final decision; or (4) within 90 days after receiving the Commission's final decision on appeal.

| Signature of Dispute Resolution Specialist | Date Issued | Your Signature | Date Received |
|---|---|---|---|
| [signature] | 12-02-02 | [signature] | |

PS Form 2565-B, March 2001

**UNITED STATES POSTAL SERVICE**

## EEO Complaint of Discrimination in the Postal Service
(See Instructions and Privacy Act Statement on Reverse)

**1. Name:** Wilbert Billy Harris
**2. SSN:** 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
**3. Case No.:** HO-0132-02

**4a. Mailing Address (Street or P.O. Box):** 6108 State St Cheverly MD
**4b. City, State and ZIP+4:** Cheverly MD. 20785

**5. Email Address:** n/a
**6. Home Phone:** (301) 773-6108
**7. Work Phone:** (202) 281-2620

**8. Position Title (USPS Employees Only):** Machine-Operator
**9. Grade Level (USPS Employees Only):** Level-5
**10. Do You Have Veteran's Preference Eligibility?** ☒ Yes ☐ No

**11. Installation Where You Believe Discrimination Occurred:** Mail-Equipment Shops

**12. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory:** General Manager - Ms Jessie Barrett, Postmaster - Mr John Worth

**13a. Name of Your Designated Representative:**
**13b. Title:** General Manager - Postmaster
**13d. City, State and ZIP+4:** Washington, DC 20017

**14. Type of Discrimination You Are Alleging:**
☒ Race (Specify):
☐ Color (Specify):
☐ Religion (Specify):
☐ National Origin (Specify):
☐ Sex (Specify):
☐ Age (40+) (Specify):
☒ Retaliation (Specify Prior EEO Activity):
☐ Disability (Specify):

**15. Date on Which Alleged Act(s) of Discrimination Took Place:** Check The Record

**16. Explain the specific action(s) or situation(s):**
I have Filed several complaints on each one I depicted Retaliation And or Discrimination However They Are All Related to Retaliation due to my Union position And concerted Activities And They Are Discriminative due to my Race.

**17. What Remedy Are You Seeking to Resolve this Complaint?**
I seek Full Restitution of employment And Back pay (Make whole Remedy). If discrimination is present And or Found, I seek Financial Maximum Allowed Under ESOC-Law And or public Law.

**18. Did You Discuss Your Complaint with a Dispute Resolution Specialist or a REDRESS Mediator?** Not every one
☐ Yes (Date you received the Notice of Final Interview): December 7th 2002  ☐ No

**19a. Signature of Dispute Resolution Specialist:** [signature]
**19b. Date:** 12-02-02

**20. Signature of Complainant or Complainant's Attorney:** [signature]
**21. Date of this Complaint:** 12-11-02

PS Form 2565, March 2001 (Page 1 of 2)

Filed on 8-26-02

# U.S. Postal Service
## Information for Pre-Complaint Counseling

| (NAME/SIGNATURE OF SERVER) | Certified Mail No. 7099-3220-0008-6446-1210 | Date Mailed 4/19/2002 | or Hand Delivered on |
|---|---|---|---|
| | By (Initials) CKB | Case No. | |

On __04/19/02__ (Month, Day, Year), you requested an appointment with a Dispute Resolution Specialist.

**Important: Please read.** You should complete this form and return it to the EEO office *within 10 calendar days* of receipt. This is the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

**Name (Last, First, MI):** Harris, Wilbert B.
**Social Security:** 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
**Home Telephone No.:** (301) 773-6108

**Your Mailing Address:** 6108 State Street, Cheverly, MD 20785-3850

**Name of Postal Facility Where You Work:** Mail Equipment Shops
**Office Telephone No.:** (202) 281-2620

**Address of Postal Facility:** 2135 5th St NE Washington DC 20017
**Email Address:** 

**Position Title:** Machine Operator
**Grade Level:** 5

**Employment Status:** ☒ Career
**Off Days (If Tour I, Show Nights Off):** Sat + Sun's
**Time in Current Position:** 1 Years 1 Months

**Pay Location:** 050
**Tour:** 2
**Duty Hours:** 0700-1550

**Your Supervisor's Name:** Luther Bell
**Supervisor's Title:** Supervisor of Key Shop
**Supervisor's Telephone No.:** 202-281-2621

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability*, or in *Retaliation* (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.

**What factor(s) of Discrimination are you alleging?** (Please be specific, i.e., Race-African American, Sex-Female).

Race - Disparate Treatment

For Retaliation Allegations Only. If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity that you feel caused you to be retaliated against.

1. On _____, I engaged in EEO activity. Case No.: _____
2. On _____, I engaged in EEO activity. Case No.: _____

### C. Description of Incident/Action

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On __or about 4-19__, 20__02__,

The administration of the USPS held a private segregated meeting at MES facility Conference Room for the (IAM) International Association of Machinist and Aerospace Workers Union. The IAM members are allowed to sit in on meeting held for the (APWU) American Postal Worker Union when ever posted. Their meetings are never posted for the public. There are 84 employees being expelled from MES all are APWU members. The expelling process that is implied is discriminatory.

PS Form 2564-A, March 2001 (Page 1 of 3)

CONFIRMATION

| (NAME/SIGNATURE OF SERVER) U.S. Postal Service **Information for Pre-Complaint Counseling** | Certified Mail No. 7099-3220-0008-6444-3896 | Date Mailed 6/13/2002 | or Hand Delivered on |
| --- | --- | --- | --- |
| | By (Initials) CKB | Case No. | |

On __06/12/02__, you requested an appointment with a Dispute Resolution Specialist.
(Month, Day, Year)

Important: Please read. You should complete this form and return it to the EEO office **within 10 calendar days** of receipt. This is the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

| Name (Last, First, MI) **Harris, Wilbert B.** | Social Security 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 | Home Telephone No. (301) 773-6108 |
| --- | --- | --- |

Your Mailing Address
**6108 State Street, Cheverly, MD 20785-3850**

| Name of Postal Facility Where You Work Mail Equipment Shop 2135 5th St NE, Washington, DC 20785 | Office Telephone No. (202) 281-2620 |
| --- | --- |
| Address of Postal Facility 2135 5th St NE Washington, DC 20785 | Email Address* |

| Employment Status (Check One) ☐ Applicant ☐ Casual ☐ TE ☒ Career | Position Title Machine-Operator | Grade Level 5 |
| --- | --- | --- |
| Pay Location 050 | Tour 2 | Duty Hours 0700-1550 | Off Days (If Tour I, Show Nights Off) Sat & Sun | Time in Current Position 2 Years __ Months |

| Your Supervisor's Name MS Marilyn Washington | Supervisor's Title Supervisor Press Room | Supervisor's Telephone No. 202 281-2621 |
| --- | --- | --- |

*Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability,* or in *Retaliation (actions based on your participation in prior EEO activity).* These categories are referred to on this form as factors.
What factor(s) of Discrimination are you alleging? (Please be specific, i.e., Race-African American, Sex-Female).

**Retaliation + (Discrimination > AGE + Race)**

For Retaliation Allegations Only. If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity that you feel caused you to be retaliated against.

1. On _____, I engaged in EEO activity. Case No.:_____
   (Month, Day, Year)
2. On _____, I engaged in EEO activity. Case No.:_____
   (Month, Day, Year)

### C. Description of Incident/Action

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On **06  12+13+20**, 20**02**.
    Month, Day                Year

The USPS MES Administration Removed Me from my employment, when I Refused under Article 14 of the (CBA) Collective Bargaining Agreement And the 820 Section of (ELM) Employee Labor Relation Manual, Pursuant to (OSHA) Act of 1970, to take power tool's in my hand And Trouble shoot A Robotic piece of machinery for the purpose of Removing Jam's without proper training. There was Imminent Danger.

PS Form **2564-A**, March 2001 (Page 1 of 3)

| (NAME/SIGNATURE OF SERVER) U.S. Postal Service **Information for Pre-Complaint Counseling** | Certified Mail No. 7099-3220-0008-6444-4589 | Date Mailed 7/15/02 | or Hand Delivered on |
|---|---|---|---|
| | By (Initials) **CKB** | Case No. | |

On __7/12/2002__, you requested an appointment with a Dispute Resolution Specialist.
(Month, Day, Year)

**Important: Please read.** You should complete this form and return it to the EEO office *within 10 calendar days* of receipt. This is the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

Name (Last, First, MI): **Harris, Wilbert B.**
Social Security: 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
Home Telephone No.: (301) 773-6108

Your Mailing Address: **6108 State Street, Cheverly, MD 20785-3850**
Finance Number:

Name of Postal Facility Where You Work: Mail Equipment Shops
Office Telephone No.: (202) 281-2620

Address of Postal Facility: 2135 5th St NE Washington DC 20017
Email Address:

Employment Status (Check One): ☐ Applicant  ☐ Casual  ☐ TE  ☒ Career
Position Title: Machine Operator
Grade Level: 5

Pay Location: 050
Tour: 2
Duty Hours: 0700 - 1550
Off Days: SAT + SUN
Time in Current Position: 1 Years, 2 Months

Your Supervisor's Name: Ms Marilyn Washington
Supervisor's Title: Supervisor
Supervisor's Telephone No.: (202) 281-2625

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation* (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.

What factor(s) of Discrimination are you alleging? (Please be specific, i.e., Race-African American, Sex-Female).

**Discrimination**

For Retaliation Allegations Only. If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity that you feel caused you to be retaliated against.

1. On _____, I engaged in EEO activity. Case No.: _____
2. On _____, I engaged in EEO activity. Case No.: _____

### C. Description of Incident/Action

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On **July 1 and 2**, 20 **02**

I Recieved A letter of proposed Removal And a notice of a 14 day suspension, both for the same Reason which was Refusing to Take power tools And Trouble-shoot A Robotic complex piece of machinery without being properly Trained pursuant to OSHA Requirements And the Collective Bargaining Agreement, Article 14, safety & Health provision. This discipline was issued to me After I notified the USPS, And subsequently Filed OSHA & NLRB charges Against the MES Administration.

PS Form 2564-A, March 2001 (Page 1 of 3)

**(NAME/SIGNATURE OF SERVER)**
U.S. Postal Service
**Information for Pre-Complaint Counseling**

| Certified Mail No. 7099-3220-0008-6444-4589 | Date Mailed 02 or Hand Delivered on |
| By (Initials) CKB | Case No. |

On **On About 8-19-02** you requested an appointment with a Dispute Resolution Specialist.

Important: Please read. You should complete this form and return it to the EEO office **within 10 calendar days** of receipt. This is the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

Name (Last, First, MI): **Harris, Wilbert B.**
Social Security: **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**
Home Telephone No: (301) 773-6108
Your Mailing Address: 6108 State Street, Cheverly, MD 20785-3850
Finance Number:

Name of Postal Facility Where You Work: **MAIL Equipment SHOPS**
Address of Postal Facility: **2135 5th St NE WAShington, DC 20017**
Office Telephone No: (202) 281-2620
Email Address:

Employment Status: ☒ Career
Pay Location: **050**  Tour: **2**  Duty Hours: **0700-1530**
Position Title: **MAchine-operator**
Off Days: **SAT & SUN**
Grade Level: **5**
Time in Current Position: **1** Years **2** Months

Your Supervisor's Name: **MS MARyLyN WAShington**
Supervisor's Title: **SUpervisor**
Supervisor's Telephone No: **202-281-2620**

*Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability or in Retaliation (actions based on your participation in prior EEO activity). These categories are referred to on this form as factors.
What factor(s) of Discrimination are you alleging? (Please be specific, i.e., Race-African American, Sex-Female)

**Class - Discrimination - African-American**

For Retaliation Allegations Only. If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity that you feel caused you to be retaliated against.

On _____ (Month, Day, Year), I engaged in EEO activity. Case No.: _____
On _____ (Month, Day, Year), I engaged in EEO activity. Case No.: _____

### C. Description of Incident/Action

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

**And before 7-30 2002**

**Currently And over A period of 20 Twenty years The usps has Failed to establish A Hazardous Materials PROGRAM And Training FOR The Blacks And Minority AT The MES Facility, As Required by OSH-ACT OF 1970, particularly Those employees who have worked iN The BAG-SHop HAndling Those Chemical Filled usps MAIL BAGs As A Result Of such A Risk The usps has deliberately profiled To employment AT The MES BAG-SHop As A Result Of Liability to employ only Blacks & people OF Color And Now Closing The**

PS Form 2564-A, March 2001 (Page 1 of 3)