United States District Court
For The District Of Colombia

Wilbert B. Harris
    Plaintiff,

Civil Action No. 06-06 RCL

Vs.

Postmaster General Of
The United States postal Service
    Defendant,

                      Plaintiff's Motion For Sanctions on the
                      Assistant United States Attorney
                      W. Mark NEBEKER, and request
                      Permission to submit evidence for ruling
                      In favor of the Plaintiff's title VII complaint

The defendants representative attorney NEBEKER has violated rule 11(b),1,2,3,and 4
Of subdivision (b) made false and dishonest statements when knowing that the Plaintiff's
Complaint was a claim of a statutory offense(an issue of segregation)A requisite for the
Statutory procedure for the internal agency EEO process however he intentionally and
Willfully circumvented the statue and conspired to present to the court a motion for a
improper purpose under existing statutory law and knowing that his evidence is
fraudulent specifically the agency's declaration under penalty of perjury regarding the
NON-filing of a formal complaint with the agency's EEO department. The Plaintiff
Hereby requests this motion be granted.

                                                      Wilbert B. Harris
                                                      6108 State Street
                                                      Cheverly MD.20785

RECEIVED

AUG 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate of Service

I Wilbert B Harris, have mailed a copy of this motion to

W. Mark Nebeker
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530.

AND

David A. Branch, ESQ
Law Office of David A. Branch
1825 Connecticut Ave, N.W.
Washington, DC 20009

on August 29th, 2006

Wilbert B Harris
6108 State St
Cheverly, MD 20785

This is for a case already existing in this court