UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILBERT B. HARRIS** )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>)<br>**UNITED STATES POSTAL SERVICE** )<br>**POSTMASTER GENERAL** )<br>)<br>**Defendant** )<br>) | Civil Action No.: 06 -06 RCL |

## ORDER

Upon consideration of Plaintiff's Motion for SANCTIONS AND Submission OF evidence AND Memorandum in Support Thereof and for the reason set forth in support thereof, it is this _____ day of _____ hereby

Ordered that, Plaintiff's Motion be and is hereby granted;

_____
United States District Judge

Wilbert B. Harris
6108 State Street
Cheverly, MD 20785

W. Mark Nebzkzr
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530