UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Wilbert B. Harris,            )
                              )
        Plaintiff,            )
                              )
v.                            )    Civil Action No. 06-06 RCL
                              )
Postmaster General of the     )
United States Postal Service, )
                              )
        Defendant.            )
_____)

## NOTICE OF FILING

(a) Excerpts of statistical evidence from EEOC case 033-086-8-X6324, Vol. 2 (pages 30, 31, & 44);

(b) United States Postal Service Position Papers Purchasing Policy (page 3); OF 5

(c) ~~The letter from former Attorney Eric Steele to the Bar Counsel, probably unavailable~~

(D) ELECTION AGREEMENT (1 pg)

Respectfully submitted,

/s/ Wilbert B. Harris
Wilbert B. Harris
Plaintiff
6108 State Street
Cheverly, MD 20785

**RECEIVED**

AUG 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Notice of Supplemental Filing was submitted via first class mail to:

>W. Mark NEBEKER
>Assistant United States Attorney
>Civil Division
>555 4th Street ,NW
>Washington DC 20530

>David A. Branch, Esq.
>Law Office of David A. Branch
>1825 Connecticut Avenue, N.W.
>Washington, DC 20009

Date: August 31, 2006

_____
Wilbert B. Harris
Plaintiff