1

BEFORE THE

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

August 5, 1987

- - - - - - - - - - - X

In the Matter of:

SYLVIA HEMBY

vs.   EEOC NO. 033-086-X6324

UNITED STATES
POSTAL SERVICE

Volume 2

- - - - - - - - - - - X

The above-entitled matter came on for Hearing pursuant to notice before Miriam K. Mills, Administrative Judge, at 475 L'Enfant Plaza, S.W., Courtroom No. 6651, Washington, D.C., at 9:15 a.m.

APPEARANCES:

On Behalf of Sylvia Hemby:

   TOMMIE WILSON, President
   National Alliance of Postal and Federal Employees
   Washington, D.C., Local No. 209
   1505 11th Street, N.W.
   Washington, D.C. 20001

On Behalf of United States Postal Service:

   SUZANNE MILTON
   Office of Labor Law
   475 L'Enfant Plaza
   Room 6404
   Washington, D.C.



HUMAN RESOURCES SERVICE CENTER
APPEALS SECTION
FEB 04 1988
PHILADELPHIA, PA 19197-0001

SKS Group, Ltd. -- Court Reporters
(202) 789-0818

1    identify it.

2    Q    In the Exhibit that was just presented to us, Mr. White, the -- showing the organizational chart, is it your testimony that the positions in the Tool and Die Shop are exempt from this program?

6    A    No, I did not say that.

7    Q    Then the -- are the supervisory position in the Tool and Die Shop considered to be a Supervisor in Manufacturing and Repair?

10    A    No.

11    Q    Then that position of Supervisor, Manufacture and Repair then is limited to the other areas of the shop, other than the Machine and Tool and Die Shop. Is that correct?

15    A    The Supervisor, Manufacture and Repair, EAS 15 never serves unless they're detailed into the Machine and Tool Shop. That's true. Because their job is initial-level supervisory jobs over the manufacturing operation. And the Tool and Die Shop -- I'm sorry, the Machine and Tool Shop is not a manufacturing entity. That is a support unit for the shops and is a highly specialized area with machinists, sewing machine mechanics, tool and die makers.

24    Q    Mr. White, it was your testimony that this program has been going on for several years -- is that correct?

A    Yes, sir.

Q    Matter of fact, I believe you used the term approximately 20 years --

A    I wouldn't be surprised if it did go back that far.

Q    Since the program has been in operation, have there been any written instructions as how the program would be carried out?

A    Program originates from the human resources objectives of the Manager. The Human Resources Program is conducted in the Mail Equipment Shop for many years, has been one of the proudest programs in the shops.

As I stated before, the only way we can assure upward mobility of our people within the shops, both bargaining unit and non-bargaining, is to conduct our own in-house program, because we're not associated with other units within the Postal Service. We are the only entity of its kind, highly heavy industry manufacturing entity.

So to assure our own upward mobility, both bargaining unit and non-bargaining, we do conduct these programs and, yes, they are unofficial. They are not noted in -- Like I say, there is no official document that I can present or know of that sets up this program. It's done to enhance our own people and our own operation.

Q    There has been testimony here that you oriented

44

1  Q    And who is under your supervision in your
2  position?
3  A    I have three general supervisors.  I have a Tool
4  and Die Supervisor.  I have a Production Control Analyst
5  and five immediate Supervisors.  And, actually, two Head
6  Storekeepers.
7  Q    Okay.  When did you first hear of the Intermittent
8  Detail Program?  From whom?
9  A    Oh, about two months or so after I joined the Mail
10 Equipment Shops.
11 Q    And what is the purpose of the program as you
12 understand it?
13 A    Basically, it's a developmental program.  It's in
14 concert with upward mobility, interested parties that
15 aspire to be placed in the program.
16 Q    Is this a training program?
17 A    None whatsoever.
18 Q    And why do you say that?  What distinguishes it
19 from a training program?
20 A    The facility itself, in the manner that we run the
21 production as far as the -- the plant is a production-
22 oriented plant and the supervisors occasionally need -- We
23 don't have the time to train people.  It's been a past
24 practice prior to the time I came on board as far as
25 training.