## Position Papers - USPS Purchasing

## Purchasing Policy

When the Postal Service was established with the passage of the Postal Reorganization Act, the Congress realized that, in order for us to fulfill our business function in a competitive environment, we would require distinct purchasing policies and procedures to buy the thousands of different supplies and services we need to keep our trucks running and our equipment sorting, to design and build the facilities we need to process the mail, and to purchase the transportation services we need to move America's mail. Our purchasing policy is therefore different from other government agencies. It is a mixture of the best of public and private - reflecting the best business practices and our traditional commitment to fairness, opportunity and competition. This approach has allowed us to retain many valuable features of the Federal purchasing system while at the same time our contracting officers have been empowered to use their business judgment when awarding contracts.

All Postal Service contracts are awarded on the basis of best value. Except for highway transportation contracts, we are not bound by law or regulation to award contracts to the low bidder. Rather, we award contracts to the supplier offering us the best combination of quality, price and performance.

To obtain the best value, our purchasing policy is based on two primary concepts: competition and negotiation. Traditionally, well over 90 percent of our contracts are competitively awarded (we are a leader among the Federal agencies in this area). And our contracting officers are trained to negotiate with suppliers so that we receive the best quality and performance for our contracting dollars.

**Position Papers - Purchasing**

**Roles and Responsibilities**

The USPS Purchasing organization is responsible for contracting for all of the Postal Service's supplies, services and equipment (except for those bought on the local level), managing and distributing the Postal Service's supply items, and providing specialized support for these core functions. Purchasing employs 990 employees nationwide.

Historically, the Postal Service has been among the top five buying agencies in terms of annual contracts awarded and annual dollars spent. (The other agencies which consistently place near the top are the Department of Defense, the Department of Energy and NASA.) Purchasing awards about $2 billion worth of contracts a year, as do the Postal Service's other two delegated buying functions, Transportation and Facilities.

Purchasing is located both at Headquarters and in the field. The Headquarters purchasing organization awards and administers nationwide and large dollar-value contracts. Also located at Headquarters is a policy-development group and other support organizations. In the field, ten Purchasing Service Centers are strategically placed to provide nationwide field customer support.

Postal Service materiel management works in much the same manner. Policy development and program management reside at Headquarters, while day-to-day duties are performed in the field. This function manages the acquisition, stocking and distribution of all postal-specific repair parts, supplies and equipment, operates three materiel distribution centers totaling more than 1.5 million square feet, and distributes more than 21,000 line items (worth $225 million) to some 37,000 requisitioners a year. The Fiscal Year 1992 average value for postal inventory was $132.2 million.

## Position Papers - Purchasing

## Socioeconomic Policies

The Postal Service has long been a leader in contracting with the nation's small, minority and woman-owned businesses. Our record and effectiveness in this area is one in which we take great pride.

Although the Postal Service is not mandated to follow the requirements of the Small Business Act, the Postal Service follows many of its key aspects within the overall framework of our purchasing policy. Our intent is to foster opportunity for all American businesses, without using quotas or set-asides. The historical record proves the value of our approach: we consistently award the majority of our contracts to small businesses, and we have historically been a pace-setter in contracting with minority and woman-owned businesses.

In addition to our efforts in the small, minority and woman-owned business area, the Postal Service is committed to several other socioeconomic policies. These include our Buy America and environmental-contracting policies, and our adherence to laws and legislation like the Service Contract and Davis Bacon Acts. We also maintain a vigorous reach-out program with the National Industries for the Blind and National Industries for the Severely Handicapped.

# Position Papers - Purchasing

## Structure

Purchasing operates through a stovepipe organizational structure. Eight Headquarters organizations report to the Vice President. The responsibilities performed in these organizations include procurement and contract management, policy development and implementation, quality assurance, inventory management and functional training.

One of these organizations, Field Customer Support, oversees the purchasing and materiel management functions in the field. The ten area Purchasing Service Centers report to this organization.

Purchasing's operational structure is best reflected in the amount of delegated purchasing authority (per contractual action) granted to each level:

### Headquarters

Vice President (Unlimited Procurement Authority)

Manager, Procurement ($5 million authority)

Manager, Field Customer Support ($4 million authority)

### Field

Manager, Purchasing Service Center ($3 million)

## Position Papers - Purchasing

## Local Buying

Although the Postal Service awards billions of dollars worth of contracts every year, these do not represent our total purchasing expenditures. All area managers, plant and district managers, and postmasters (among others) are granted by position a standard amount of "local buying authority." This authority, which is different from the contracting or procurement authority delegated to USPS contracting officers, is used to purchase and pay for day-to-day operational needs. The regulatory requirements of Postal Service procurement contained in USPS Publication 41, <u>Procurement Manual</u>, do not apply to local buying. Delegations of local buying authority and instructions for its use are contained in Chapter 7 of the <u>Administrative Support Manual</u>.

Because it is used in the same general community as the post office or plant, local buying is a major means of providing business opportunities for small, minority and woman-owned businesses and in labor surplus areas across the country. All users of local buying authority are encouraged to compete their requirements and to rotate buys among local merchants and businesses.