FORM NLRB-4279
(3-72)

RC-RM&RD

# UNITED STATES OF AMERICA
## NATIONAL LABOR RELATIONS BOARD

| | |
|---|---|
| U. S. POSTAL SERVICE<br>Employer<br>and<br>NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES (NAPFE)<br>Petitioner<br>and<br>AMERICAN POSTAL WORKERS UNION AFL-CIO and NATIONAL POST OFFICE MAIL HANDLERS, WATCHMEN, MESSENGERS AND GROUP LEADERS DIVISION OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, JOINTLY<br>Intervenor | TYPE OF ELECTION<br>(Check one)<br>☐ Consent Agreement<br>☒ Stipulation<br>☐ Board Direction<br>☐ RD Direction<br><br>(Also check box below where appropriate)<br>☐ 8(b)(7)<br><br>Case No.   5-RC-9352(P) |

## CERTIFICATION OF REPRESENTATIVE

An election having been conducted in the above matter under the supervision of the Regional Director of the National Labor Relations Board in accordance with the Rules and Regulations of the Board; and it appearing from the Tally of Ballots that a collective bargaining representative has been selected; and no objections having been filed to the Tally of Ballots furnished to the parties, or to the conduct of the election, within the time provided therefor;

Pursuant to authority vested in the undersigned by the National Labor Relations Board, IT IS HEREBY CERTIFIED that a majority of the valid ballots have been cast for AMERICAN POSTAL WORKERS UNION AFL-CIO and NATIONAL POST OFFICE MAIL HANDLERS, WATCHMEN, MESSENGERS AND GROUP LEADERS DIVISION OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, JOINTLY and that, pursuant to Section 9(a) of the National Labor Relations Act, as amended, the said labor organization is the exclusive representative of all the employees in the unit set forth below, found to be appropriate for the purposes of collective bargaining in respect to rates of pay, wages, hours of employment, or other conditions of employment.

UNIT: All employees at the Employer's Mail Equipment Shops in Washington, D.C. including all plant clerical employees but excluding the tool and die shop employees, the engineering technicians and draftsmen, office clerical employees, professional employees, confidential employees, guards, managerial employees and supervisors as defined in the National Labor Relations Act as amended, and the Postal Reorganization Act of 1970.

Signed at Baltimore, Maryland
On the 3rd day of July 19 75

On behalf of
NATIONAL LABOR RELATIONS BOARD

Acting Regional Director, Region 5
National Labor Relations Board

PERMANENT RECORD COPY
DO NOT REMOVE