UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| Wilbert B. Harris ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Postmaster General of the ) <br> United States Postal Service ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-06 RCL |

### Notice Of Filing

(a) Notice of Final Interview- HO- 0216- 03;

(b) Agency's Acceptance Letter – consolidation;

(c) Implementation of ALAM;

(d) Letter dated April 18, 1997 and a 1997 Annual Report on Strategic Plans for 1997 through 2000 and Beyond; and

(e) A Request and Appeal for Affirmative Action and Subsequent Appeals.

*Wilbert B. Harris*
Wilbert B. Harris
Plaintiff
6108 State Street
Cheverly MD 20785

RECEIVED

SEP 05 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Plaintiff's Filings have been made by first class mail to:

(1) W. Mark Nebzker
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

(2) U.S. Attorney for the District of Columbia
535 4th Street, N.W.
Washington, D.C. 20001

Dated: _____
Wilbert B. Harris
6108 State Street
Cheverly, MD 20785
301-773-6108 (P)
301-773-0690 (F)