**UNITED STATES POSTAL SERVICE**

Certified Mail No: 7099 3400 0008 5899 0430
Return Receipt Requested

April 10, 2003

WILBERT HARRIS
6108 STATE STREET
CHEVERLY MD 20785-3850

RE: EEO Counseling Request No. HO-0216-03

This letter constitutes the final interview in your January 21, 2003, and March 7, 2003, requests for EEO counseling and provides you the necessary paperwork for filing a formal complaint, should you choose to do so.

In your January 21 request, you alleged discrimination on the basis of retaliation for prior EEO activity, when on or about January 15, 2003, the Postal Service issued you a Letter of Demand for $3,078.97, which you were awarded by the Merit Systems Protection Board as back pay during a period of administrative leave preceding removal.

On March 7, 2003, you alleged discrimination based on race (African American), and in retaliation for prior EEO activity, when on February 27, 2003, Mail Equipment Shop administrators applied to you a "just cause" standard under Article 16 of the International Association of Machinists and Aerospace Workers (IAM) union. You stated that the referenced standard applies to bargaining unit #2 employees. However, as president of the local American Postal Workers' Union, which exclusively represents bargaining unit #1 employees, you allege that the just cause standard does not apply to you.

Also on March 7, 2003, you alleged discrimination based on race, when on or about February 27, 2003, John Worth, Postmaster, Mail Equipment Shops (MES), referenced the plurality of the MES in a deposition. You contend that the Tool & Die Shop within the MES was segregated for pay purposes and "to protect the Whites and exempt them from discipline." You further alleged that "Blacks and people of color were profiled (hired) into all sections of the MES except Tool & Die," which was exclusively white.) And Subsequently Added ANother White Maintenance Guy From NewJersey And paid Them More by Grade.

Again, on March 7, 2003, you alleged discrimination based on age (DOB 03/09/1950), sex, and in retaliation for prior EEO activity, when on March 4, 2003, the USPS failed and refused to enter into a Last Chance Agreement with you in accordance with past practice and the MSPB judge's instruction and recommendation that the parties settle their dispute.

Your allegations have not been resolved; therefore, you have the right to file a formal complaint. Enclosed please find a PS Form 2579-A, *Notice of Right to File Individual Complaint*. Please sign the form and return the original to me at the addressed printed at the bottom of this letterhead. Also, because you alleged age as a basis for discrimination, I have included PS Form 2563-B, *Allegations of Discrimination Based on Age*, which you should also sign and return to me. Retain copies of all

475 L'ENFANT PLAZA, S.W.
WASHINGTON, DC 20260-4135
(202) 268-8101
FAX: (202) 268-6189



OCT-18- Request A Hearing

EEO COMPLIANCE AND APPEALS
CAPITAL METRO OPERATIONS


UNITED STATES
POSTAL SERVICE

May 14, 2003

Wilbert B. Harris
6106 State Street                    Agency Case No. **HO-000-0132-02**
Cheverly MD 20785-3850                              (HO-000-0216-03)

Dear Mr. Harris:

We have received your complaints of discrimination, which include case numbers HO-000-0132-02 and HO-000-0216-03 filed on December 11, 2002, and April 18, 2003. Additionally, your claims of discrimination have been consolidated and will be processed under case number **HO-000-0132-02**.

The entire scope of the investigation will include the following issues only:

Specific Issues[1]:

You alleged discrimination based on race (Unspecified) and retaliation (Prior EEO Activity) when: **(2)** on June 12, 13 & 20, 2002, the MES Administration took you off the clock for failing to use power tool to trouble shoot a piece of robotic machinery without proper training; **(4)** on July 2, 2002, you were issued a 14-Day Suspension and **(5)** from July 15, 2002 through July 27, 2002, you were denied working overtime; and discrimination based on age (DOB: 3/9/50), sex (Male) and retaliation (Prior EEO Activity), when **(9)**[2] on March 4, 2003, management failed to enter into a Last Chance Agreement with you.

   *PARTIAL ACCEPTANCE/PARTIAL DISMISSAL OF FORMAL EEO COMPLAINT*

This is the Postal Service's **partial acceptance/partial dismissal** of case number HO-000-0216-03. The complainant alleged discrimination based on retaliation (Prior EEO Activity), when **(6)** on or about January 15, 2003, he received a

---
[1] Issues #2, #4 & #5 were accepted under case number HO-000-0132-02.
[2] Issue #9 is being accepted and consolidated into case number HO-000-0132-02.