LABOR RELATIONS


UNITED STATES
POSTAL SERVICE

September 19, 1995



Mr. Moe Biller
President
American Postal Workers
  Union, AFL-CIO
1300 L Street, NW
Washington DC 20005-4128

Dear Moe:

This is to inform you that a new machine, designed to assemble Arrow Locks, will be purchased for use at the Mail Equipment Shops (MES). We expect that the machine will be ready to operate by July 1996.

Those Lockmakers PS-5 currently assembling Arrow Locks will be assigned to making serial and rotary locks in addition to repairing rotary locks. Both of these operations are experiencing significant growth.

Initially, Machine Operators MESC-04 will be assigned to operate the new machine until such time as the duties and requirements associated with the machine can be reviewed.

If you have any questions regarding the foregoing, please contact Frank Jacquette (202-268-3843) at your convenience.

Sincerely,

Anthony J. Vegliante
Manager
Contract Administration APWU/NPMHU

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-4100

P. 2