# UNITED STATES POSTAL SERVICE

Washington, DC 20260-6224

DATE: April 18, 1997
OUR REF: MES:SOBryant:20260-6224
SUBJECT: Labor Management Meeting

TO   Adriel Bullock
     President, Local APWU

Regarding your request to told a Labor Management Meeting on April 21, 1997, be advised that date is not available to me. I will be available on April 29, 1997, at 2:30 p.m. The only items I will place on the Agenda at this time are;

1. Strategic Focus "97"
2. 1998 Customer Requirements.
3. Reorganization of the Press Shop
4. Reorganization of the Lock & Key Shop
5. Reorganization of the Bag Shop

John Worth
Plant Manager



# Annual Report to the Board of Governors

## PURCHASING AND MATERIALS

FISCAL YEAR 1997

A. KEITH STRANGE
VICE PRESIDENT, PURCHASING AND MATERIALS


UNITED STATES
POSTAL SERVICE

April 28, 1998

PURCHASING AND MATERIALS EMPLOYEES

Subject: Purchasing and Materials' Annual Report to the Board of Governors

Attached please find your individual copy of Purchasing and Materials' 1997 Annual Report to the Board of Governors. The Report was recently sent to the Board, and, as it highlights our successes of last year, I thought you should have your own copy.

As you'll find reading the Report, we achieved a lot in 1997, and there is much in which each of you can take pride. I am sure we will achieve similar success this year and in the years ahead, and I look forward to working with you as we make Purchasing and Materials the business partner of choice for our customers and suppliers.

Thanks for all of your efforts in 1997.

*A. Keith Strange*

Attachment

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-6200
(202) 268-4040
FAX: (202) 268-2755



Purchasing and Materials' relationship to Facilities Services Offices and Distribution Network Offices



Purchasing and Materials' Organization Chart

## People

To purchase the goods and services and manage the inventory required by the Postal Service, Purchasing and Materials employs nearly 1000 people. Although the majority of these are directly involved in one or the other of our two core responsibilities--purchasing and material management--other individuals provide support in policy development, quality initiatives, systems management, and other administrative functions. While two-thirds of Purchasing and Materials' personnel are placed in either PCES or EAS positions, the other third are craft employees who work at the material distribution centers and the Mail Equipment Shops.

Approximately 300 of Purchasing and Materials' personnel work in the purchasing discipline, and 700 in that of material management. Of the former, approximately 200 are contracting officers, and a significant number of the latter are certified material management professionals. There are other contracting officers within the Postal Service, and although they are employed in either the Facilities or Operations organizations, they are subject to the same professional requirements as those required of Purchasing and Materials' contracting officers.

Because of the business and fiduciary responsibilities provided a Postal Service contracting officer, those requirements are stringent. All Postal Service contracting officers must have a baccalaureate degree or a professional certification from one of four recognized professional purchasing associations. Contracting officers must also attend increasingly challenging training courses (credit for which may be transferred to an academic institution) and ensure continuing professionalism through other means. Steps taken in these areas are reviewed annually. Similarly stringent standards have been established for material management professionals, and many have advanced degrees and are certified members of the American Production and Inventory Control Society (APICS) or the Society of Logistics Engineers (SOLE).

Supporting these two primary functions is a diverse support staff comprised of specialists in policy research and development, quality assurance, supplier diversity, contract pricing and information technology.

## Responsibilities

The Postal Service is one of the largest buyers of goods and services among the federal agencies, usually ranking below only the Department of Defense, Energy Department, NASA, and the General Services Administration, and is similarly ranked among private sector buyers. (Last year, fiscal year 1997, we awarded over 54,000 contracts worth $9.7 billion.) The variety of our requirements is also noteworthy: The Postal Service purchases everything from carrier cases to robotics, from lock boxes to applied research. To meet this responsibility, Purchasing and Materials is constantly instituting new programs, policies, and initiatives to take advantage of our strengths--our people, size and buying power--without sacrificing the speed, efficiency, and adaptability central to more entrepreneurial companies. In our inventory are nearly 30,000 line items--many of them unique--which we must manage properly and cost-effectively to ensure that critical operations are not stalled or stopped. We are, therefore, moving more and more to private sector models in meeting our responsibilities. Enabling our customers to meet the business and competitive objectives of the Postal Service is our overriding concern.

Our purchasing policies are unique—a combination of the best of the public and private sectors. Our purchases are largely made on the basis of the best value offered the Postal Service, and we prequalify our suppliers whenever appropriate in order to enhance competition and to ensure that we are doing business with the best of the best. We seek to establish long-term partnerships with our suppliers, through which both parties work toward a common and mutually beneficial goal.

In operational terms, Purchasing and Materials must purchase the goods and services necessary for the Postal Service to collect, process, and deliver the mail. Dedicated teams work throughout Purchasing and Materials focusing on specific strategic programs like automation, retail products, specific modes of mail transportation, or major facilities. Teams are also established to handle more generalized areas such as services. In the field, contracting officers are placed at the Areas (for equipment, supplies, and services, and for design and construction) and the Districts (for repair and alterations requirements). Contracting officers at the Distribution Network Offices award and administer the Postal Service's 15,000 highway mail transportation contracts.

Purchasing and Materials' material management function is responsible for national policy on material assets accountability and development of effective inventory and distribution networks to support all of the Postal Service's facilities. At Headquarters, material management policies and programs are developed and deployed, and materiel management specialists at the Purchasing and Materials Service Centers and the Districts work closely with their customers throughout the Postal Service to ensure successful implementation. As noted above, there are nearly 30,000 different parts and supply items in our wholesale material management system. These are housed either in the material distribution centers or the critical parts center or are delivered directly to the customer by the supplier.

## Strategic Plan

A Strategic Plan has been in place for Purchasing and Materials since last year. The Plan is built around *CustomerPerfect!* Under the Plan, each organization within Purchasing and Materials must develop annual goals and initiatives--and then must manage to them. The goals and initiatives are as varied as the responsibilities of Purchasing and Materials, but they are all focused on the bottom line: Becoming the business partner of choice for our internal customers and suppliers. As we discuss our past achievements under the Plan in Part II, and those underway and planned for the future in Part III, that bottom line should be kept in mind, and our success or failure should be judged accordingly.

# Part II  1997 Accomplishments

## Framework of the Strategic Plan

Under the overall structure of *CustomerPerfect!* and the Purchasing and Materials' Strategic Plan Initiatives, we established goals for 1997. The goals were grouped under the three *CustomerPerfect!* voices (Voice of the Customer, Voice of the Business, and Voice of the Employee), and the following adopts this structure to discuss the efforts made and goals attained. In addition, major contract awards and other significant achievements of the past year are addressed throughout the following.

## Voice of the Customer

### Initiative - Make the Transition from Transaction Specialists to Business Partners

New purchasing policies issued in 1997 emphasize teaming among Puchasing and Materials and all other Postal Service organizations involved in the purchasing process. The intent is to ensure that buyers and requirements organizations work collectively to obtain the best value for the goods and services being purchased. The result is more focus on the business and competitive needs of the Postal Service, and much less on non-value added processes. Purchase teams are now established at the beginning of the purchase process, and requirements organizations and other specialists now work as full business partners with contracting officers and purchasing specialists from requirements definition to contract close-out.

This partnership starts with purchase planning and extends through the initial purchase to all phases of actual contract performance. In fact, on complex major purchases such as the Tray Management System, which involves multiple suppliers, our support efforts on behalf of our customers after contracts are awarded require more resources than the initial purchase. In all phases, our goal is for our internal customers to find us involved, responsive, and adding value in the management of supplier relationships.

One of the most important methods to solidify these partnerships, and simultaneously enhance the Postal Service's bottom line, is to use the purchasing process to reduce costs. Working with our customers, we use the competitive process and negotiations with potential suppliers to receive the best value for the Postal Service's purchasing dollars while also attaining the desired quality and delivery terms. The savings are significant: Since 1990, we calculate that the price reductions total $1.5 billion. In fiscal year 1997, that figure was more than $322.5 million, significantly exceeding Purchasing and Materials' operating budget. These savings go directly to the bottom line, and are one of Purchasing and Materials' major value-added aspects.

### Initiative - Improve the Purchasing Process

Improving, standardizing, and simplifying the purchasing process is another major achievement of our new policies. We have removed non-value-added, mandatory steps that had been adopted from federal procurement regulations, and, wherever possible, we have become much more private sector-oriented. Purchase teams now prequalify prospective suppliers. Oral presentations are used to vastly improve communications and understanding between the Postal Service and suppliers. A single purchasing process makes contracting with the Postal Service simpler and more timely, while also promoting uniformity and consistency among commodity groups. Business decision authority and

responsibility have been delegated downwards to the most effective business level, while retaining management oversight responsibility and strengthening our commitment to supplier diversity. Lastly, internal review processes have been made more efficient through the expanded use of electronic mail, thereby shortening approval time and minimizing paperwork.

Our materials organization has instituted process management throughout its function nationwide. Performance is judged against five results indicators (including delivery of orders to the right place, at the right time, and in the desired quantity) and measured in terms of customer-defined expectations. Operational reviews have eliminated non-value-added procedures, and improvements have already been made in areas as diverse as the centralized production and delivery of arrow keys to speedier placement of items into stock to reducing local inventory levels. The Materials Process Management Team was recognized at the National Executive Conference as a runner-up for the Postmaster General's 1997 Performance Award.

### Initiative - Strengthen Requirements Planning

With our focus on becoming business partners of choice and the establishment of purchase teams, customers now include buyers and material managers throughout important steps in the planning process, such as preparing decision analysis reports and developing statements of work. Often, up-front forecasting of needs is published, and requirements are made available to industry for comment. With major automation purchases, transportation logistics, major facilities, and such highly visible programs as retail and proposed outsourcing, requirements planning begins months before the requirement is funded. This overall coordination has led to increased efficiency and effectiveness, has ensured that Purchasing and Materials' efforts are dedicated to the Postal Service's business and competitive objectives, and, as discussed above, has positively affected the Postal Service's bottom line.

### Initiative - Measure and Market Performance

During 1997, Purchasing and Materials continued and enhanced its efforts to measure performance and customer satisfaction. Customer surveys have been conducted for some time by various Purchasing and Materials organizations to gauge service quality and make appropriate improvements. Other measurement examples include Materials continuing to measure turn rates, fill rates, reorder time, and internal process completion. Field Customer Support has used the Alternate Measurement System (AMS) for 4 years, using key indicators such as budget, customer satisfaction, on-time completion, diversity, operating efficiency and employee opinion. And the Material Distribution Centers (MDCs) have set up customer councils to determine process changes and improvements. More recently, Purchasing and Materials has developed a cost, quality, and cycle time report, so that a single report on organizational indicators is available for senior management.

In terms of reporting success stories, every organization does a solid job in meeting with customers to market their functional support, express their willingness to assist, and build on their success. Purchasing and Materials has been successful in using state-of-the-art technology to provide a full range of customer service amenities. Examples include Web pages established on the Internet by many Purchasing and Materials organizations providing important information to internal and external customers, and electronic newsletters published by several of the Purchasing and Materials Service Centers.

### Initiative - Provide New Technology

Critical to moving forward with the new purchasing policies is the need for a progressive purchasing system that departs from the legacy Wang platform for a LAN-based application. Therefore, new contract writing systems have been developed and are being deployed. The Strategic National

Automated Purchasing System (SNAPS) was successfully tested and, despite some delays, is beginning to be deployed as the new equipment, supplies, and services system. In March of this year, Major Facilities Purchasing, in partnership with Facilities, deployed the Design and Construction Contracting System (DCCS), an upgraded system for design and construction purchases. In the mail transportation commodity area, the Highway Contract Support System (HCSS) has been upgraded to reflect the new purchasing policies. The Material Distribution Inventory Management System (MDIMS) has been deployed as the integrated materials database in the material distribution centers. Overall, an increase in the use of laptops with fully functioning applications have provided many purchasing specialists and materials managers a truly portable office, and, throughout the organization, Purchasing and Materials staff are tapping the vast potential of the Internet as a vehicle for conducting business. For example, a "Business Opportunities Bulletins" (BOB) program has been developed to transmit solicitations over the Internet; although originally developed for construction solicitations, BOB will be used increasingly for all commodity groups, providing broader access to business opportunities for our suppliers, particularly small businesses. And another Internet-based program will also enhance our supplier diversity efforts. The Supplier Automated Database on the Internet (SADI) allows suppliers to electronically--and easily--tell us who they are, what they sell, and where they do business. This information is shared nationwide among purchasing organizations and purchase cardholders, and the system is designed to search for and find small, minority and woman-owned businesses with which we can provide business opportunities. SADI is currently in its final testing stages, and will be deployed this fiscal year.

## Voice of the Employee

### Initiative - Business Training and Development

As noted in Part I, Purchasing and Materials manages an extensive and rigorous professional development program, and increasing the staff's professionalism receives continual attention. All training courses offered, in both the purchasing and materials disciplines, receive college credit recommendations from the American Council on Education. Annual ethics training updates are provided to all staff in sensitive positions. Higher education and professional certification are also emphasized. Increasingly, staff throughout the organization are professionally certified in the purchasing, materials management, quality, and systems disciplines. Lastly, individual development plans (IDPs) are developed annually and reviewed semiannually with each EAS or PCES employee as a guide to the individual's developmental path.

### Initiative - Recognize Performance

Recognition is a critical aspect of Purchasing and Materials listening to its employees. With local latitude to recognize outstanding performance, managers have awarded Spot and dinner awards, postal memorabilia, various forms of cash equivalents, and certificates of appreciation to both employees and customers. Accomplishments in the areas of supplier diversity performance, perfect attendance, Employee Opinion Survey (EOS) achievement or customer satisfaction results have also been regularly recognized. Twelve Vice President's awards were made to those with significant achievements such as major contract awards or other notable contributions to the Postal Service's business objectives. As previously noted, the "Supplying Materials" Process Management effort was recognized during the Norman, OK, Executive Conference for its progressive approach to changing the way the Materials function operates; three executives were also recognized for their contributions to the organization at the conference. During Purchasing and Materials' All Managers' Meetings, the Vice President regularly recognizes employees for significant achievements.

**Initiative - Communicate with Employees**

Purchasing and Materials continues to use the EOS as a means of bottom-to-top communication with EAS employees. The 1997 survey had a response rate of 78.4 percent, and numerous actions have been taken by managers and employees working together to address staff concerns and ideas for improvement. Individual managers have also made communications within each Purchasing and Materials organization a high priority. Whether it is via electronic mail, hard copy distributions, or face-to-face, the managers believe it is vital to be a central cog in the information dissemination process. All senior management information gets funneled through Purchasing and Materials' senior managers, and minutes of the Purchasing and Materials Leadership Team biweekly meetings are published throughout the organization. Communications are further enhanced through twice-annual meetings among field purchasing and material management team leaders and Administrative Services Coordinators. Buyers in the transportation and design and construction commodity groups (most of whom are not functionally members of Purchasing and Materials) are kept informed through regular communications efforts and on-site meetings.

**Initiative - Improve the Workplace Environment**

A further result of the information gained by continuing the EOS survey was the development of action plans focusing on the continued improvement of the workplace in terms of working environment and culture. Purchasing and Materials has committed to listening to the staff and acting upon ideas and suggestions. And throughout the organization, one of the major areas of concentration has been, and will continue to be, increasing diversity awareness and cultural understanding by supporting, celebrating, and furthering corporate efforts in this area.

## Voice of the Business

**Initiative - Optimize and Integrate Supply Chain Management**

Supporting the Postal Service's goal to improve the corporate financial position, Purchasing and Materials has implemented a strategy to optimize and integrate supply chain management. This initiative covers the spectrum from identification of the requirement through eventual service life of the product. Teaming among Purchasing and Materials, our customers, and our suppliers is essential to the success of this initiative. For example, Purchasing and Materials and Retail are developing a total supply chain process to ensure that field operational needs are met. From requirements planning, through purchasing and delivery, to product management, warehousing, and distribution, and, finally, through item disposal, the organizations are working together to pilot this concept. Combining process management techniques with employee-management communications meetings, this effort is beginning to show results.

Another significant supply project is the Consolidated Stockroom Program that furthers our goal of reducing inventory. Several efforts have so far taken place. The Greensboro PMSC and the Inventory Management group at the Capitol Metro Operations office jointly accomplished an area-wide stockroom consolidation, which resulted in an estimated 33 percent reduction in repair parts inventories for the Area. The forecast annual savings in reduced holding costs range from $925,000 to $1.8 million, and other benefits include staff and space optimization and improved management and availability of repair parts. The Memphis PMSC and Southeast Area Maintenance Operations Support Office have selected a pilot site and have begun to implement the program, and the Chicago PMSC is conducting the first site implementation in the Great Lakes Area. Other PMSCs have begun working with their maintenance counterparts to identify consolidation opportunities. The net result of these efforts will be a significant benefit to the Postal Service's bottom line.

Other examples of successful supply chain management include coordinating purchasing and inventory management efforts and buying and supplying via long-term contracts, direct vendor delivery, EDI, and more flexible ordering. This initiative offers significant improvement in Purchasing and Materials' communications and coordination with other corporate organizations, and will go far in establishing much more successful business partnerships with our customers and suppliers.

In terms of overall numbers, the Postal Service awarded more than 54,000 contracts worth more than $9.7 billion during fiscal year 1997. This is the highest annual dollar total in Postal Service history, and illustrates growing corporate requirements and Purchasing and Materials' increasing financial and operational responsibilities. Some of the most notable among these were a $1.7 billion contract with Emery (the single largest in our history) for the establishment of the Priority Mail network, two multi-million dollar mail transportation contracts (one worth $162 million to United Airlines, and the other worth $160 million and awarded to Delta Airlines), a $218 million contract to Lockheed Martin for the Mobil Data Collection Devices, and a $43.8 million contract for the construction of the Minneapolis Information Service Center.

### Initiative - Cultivate Supplier Relationships

One of the most important concepts of our new purchasing policies is establishing mutually open, beneficial, and cordial supplier relationships. Traditionally, these relationships were often antagonistic; the new policies call for teamwork and partnerships between the Postal Service and our suppliers. During the past year, efforts to achieve this transformation includes the establishment of a Supplier Quality Council and cost reduction teams formed with key suppliers. Additionally, long-term contracts with particularly capable suppliers have been awarded, and, in order to foster better understanding of Postal Service needs and suppliers' capabilities, suppliers and industry frequently review (and make recommendations regarding) our requirements before they are issued in solicitations. To similarly improve relations, Alternate Dispute Resolution (ADR) methods are now encouraged in lieu of the traditionally hostile--and costly--claim and dispute process. Purchasing and Materials has teamed with the Law Department to promote these methods and to train our buyers, and these efforts are having an effect. For example, using ADR, Lockheed Martin and the Postal Service settled a $27 million contract dispute that had been scheduled for litigation. The entire process took less than 2 weeks, and the settlement amount was $7 million. Partnerships are also being established. The Postal Service and the Associated General Contractors of America signed a partnership agreement containing shared goals and objectives for the construction of postal buildings throughout the nation. We are also working with our highway mail transportation suppliers to identify more cost effective ways to purchase the fuel required by this supplier community to move the mail. And, in support of all of these efforts, suppliers have been surveyed and purchasing managers have identified and implemented improvement strategies based on the survey findings.

### Initiative - Promote Supplier Diversity

During the past year, Purchasing and Materials took several important steps to maintain and improve our traditional commitment to small, minority, and woman-owned businesses. Primary among these was the issuance of our first 5-year Supplier Diversity Operating Plan. The plan contains specific programs and responsibilities designed to ensure and further our commitment, and our new policies specifically mandate contracting officers to manage supplier diversity as one of the Postal Service's most important strategic initiatives. Purchasing personnel and their managers must establish and maintain a supplier base that reflects the diversity of the American supplier community, and performance appraisals will consider efforts made in this area. Success will be measured against both private-sector communications companies and federal agencies whose purchasing needs resemble our own. The plan also calls for added emphasis on planning for including small, minority

and woman-owned businesses as both prime and subcontractors, increased training in supplier diversity, and proactive sourcing to locate these entrepreneurs. As the Board will remember, the plan was recently singled out for its comprehensiveness and scope, and it provides the road map whereby our supplier diversity efforts will be judged.

During fiscal year 1997, Postal Service requirements, especially those for large capital investments or major programs, combined with our continued focus on transferring transaction volume to more efficient buying methods (like credit cards), shifted supplier diversity results more toward large businesses. Nevertheless, more than 50 percent of last year's contractual actions (worth more than $2.5 billion) went to small businesses. Results for minority and woman-owned businesses were mixed. Although we awarded more than $234 million to minority businesses in fiscal year 1997, this was $32.7 million less than the previous year. However, contracting with woman-owned businesses increased to $402 million, $78 million more than was awarded to these entrepreneurs in fiscal year 1996.

In addition to those discussed above, we are taking further actions to improve our supplier diversity performance. Purchasing and Materials has established a new Supplier Development and Diversity organization to leverage existing resources and supplier outreach, development, and management. This new organization will focus on both overall supplier relations and on supplier diversity, and will pursue the sorts of efforts that led to our business relationship agreement with the U.S. Hispanic Chamber of Commerce, under which the Postal Service and the Chamber share information on business opportunities and potential suppliers, and sponsor and participate in joint activities.

**Initiative - Adjust Structure and Staffing**

In an effort to balance out organizational needs within Purchasing and Materials, the leadership of the department developed a vacancy reallocation method. As vacancies occur, the responsible manager prepares business cases, defines reasonable alternatives, and presents the relevant findings to the Purchasing and Materials Leadership Team. As a result, several positions were reallocated to other areas, others were adjusted to cover more pressing needs, and positions were added where appropriate. For example, Headquarters Purchasing received almost 20 new positions to cover long-term automation needs and other significant contracting programs, and a new PCES executive position was added due to the expanding role of contract pricing, including new transportation and facilities pricing requirements.

# Part III  The Future

## *The Challenges and Opportunities*

Like most other institutions, the Postal Service is in the middle of a communications/technological revolution that will change every aspect of how we do business. Purchasing and Materials' challenge is to exploit these emerging tools for functional efficiency, effectiveness, productivity, and quality improvement. We will do so, and we will expand process management throughout the organization to continually refine and improve our business processes in support of our customers and positively affect the Postal Service's bottom line.

The LAN-linked PC is already a principal tool for virtually every working professional in Purchasing and Materials, and will become increasingly more important to us during the upcoming years. It will be the critical tool that will allow us to function. And the capabilities it will provide us will make possible and practical (very probably it will drive) fundamental changes in organizational structure, inter- and intra-organizational communication, and ready access to ever broader information and data. For enabling organizations like Purchasing and Materials to succeed in our mission, it will be crucial to seize on, and exploit, the capabilities emerging technology will provide. But these capabilities also offer real opportunities for improvement, and the following discusses the opportunities within the *CustomerPerfect!* framework.

## *Voice of the Customer*

We will focus on service excellence and adding value for our customers. Critical targets include:

**Ease of Use.** We will provide true one-stop shopping for our postal customers, where they prepare and submit an electronic requisition, and receive the required goods and services. All internal purchasing and materials processes will be made transparent to the end user.

**Reduced Cycle Times.** We will achieve shorter cycle times from order to receipt flowing from simplified processes, "at hand" data and information, and longer term and more flexible contracts, including direct vendor delivery.

**Teaming.** In addition to the purchase teams concept, we will establish cross-functional teaming to improve requirements planning and definition, including up-front customer and supplier participation in the requirements definition process.

**Enhanced Information.** We will establish enhanced and common access to databases for repetitive processes that provide information useful to the customer, other functions, and suppliers.

## *Voice of The Employee*

Our efforts to firmly establish a performance culture will continue to include initiatives to:

**Optimize Resources.** Purchasing and Materials will make the best use of our resources through such efforts as optimizing the workforce, where physical location is less critical, where workload can

be shared across "office" bounds, where contract resources are used to supplement postal staff for ad hoc and surge requirements, and where resources can be readily redeployed to point of need, preferably without physical relocation.

**Increase Professionalism.** We will continue our efforts to increase the professionalism of our buyers and material managers, and place heightened focus on acting as partners, consultants, and facilitators with our customers and suppliers so that we may reach the most effective solutions to customer needs. We will also emphasize our emerging role as members of cross-functional teams and as managers of processes, not functions, and develop competencies in the use of the new, emerging office technology tools.

**Prepare for the Future.** Purchasing and Materials will ensure continuing improvement and effectiveness by preparing our employees for the age of the "virtual workplace" where they will essentially carry their own office with them and where they have available technologies that include visual communications and real-time access to information.

## Voice of the Business

Our ongoing efforts to manage costs, improve quality and increase productivity will continue by continually emphasizing the following operational areas.

**Reducing Inventory.** Through greater use of direct supplier delivery and supplier partnerships, Purchasing and Materials will reduce inventory and material distribution activities.

**Exploiting more Effective Contracting Methods.** We will shorten purchasing and ordering lead times by taking advantage of new and innovative contracting methods and using such business practices as supply chain management to simplify functional interfaces and hand-off points, reduce order to receipt cycle times, and plan and deliver "just-in-time" spares and support.

**Supplier Diversity.** Purchasing and Materials will continue to build on our successful record of contracting with small, minority, and woman-owned businesses and increase our commitment by placing new emphasis on sourcing techniques and subcontracting opportunities for these entrepreneurs.

**Building Better Supplier Relations.** By continuing to establish mutually open and cordial supplier relations, Purchasing and Materials will be much better able to leverage supplier expertise, and promote joint problem solving, and cost, quality, and cycle time improvements.

## Summary

The future holds real challenges for Purchasing and Materials, and our environment is, even now, changing dramatically. The Postal Service's commitment to *CustomerPerfect!* precepts provides mechanisms that will help us cope with that change and exploit the opportunities it offers to improve our own capabilities and better serve our customers. The Purchasing and Materials' Strategic Plan provides additional goals and measurements for progress. We will be reviewing, monitoring, and adjusting our strategic plan and activities as the future unfolds. We look forward to that future, and to becoming our customers' and suppliers' business partner of choice.