UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

Wilbert B. Harris            )
                             )
        Plaintiff,           )
v.                           )         Civil Action No. 06-06 RCL
                             )
Postmaster General of the    )
United States Postal Service )
                             )
        Defendant.           )
                             )

## PLAINTIFF'S MOTION FOR SUBMISSION AND PLACING UNDER SEAL For The Record

Plaintiff requests that the court accept and place under seal the attached copy of confidential testimonial evidence from former attorney to the Bar Counsel giving accounts of the Plaintiff's and the Defendant's actions pursuant to pending civil action Case No. 06-06 RCL and related Case No. 1:00-CV-01074-RCL.

Respectfully submitted,

Wilbert B. Harris
Plaintiff
6108 State Street
Cheverly MD 20785

RECEIVED
SEP 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Wilbert B. Harris, will mail a copy of this motion to attorney W. MARK NEBEKER today September 6 of 2006.
ASSISTANT United States Attorney
Civil Division
555 4th Street, N.W.
Washington DC 20530

Wilbert B. Harris
6108 State Street
Cheverly MD. 20785
301-773-6108

This is for a case already existing in this court.

Wilbert B. Harris

Plaintiff

Vs.                                                                                    Civil Action No. 06-06 RCL

United States Postal Service
Postmaster General

Defendant

## ORDER

Upon consideration of Plaintiff's Motion:
       IN The above reference case thererore and for the reason set forth in Support thereof it is this 6th day of September 2006, hereby,

Ordered that, Plaintiff's motion be and is hereby granted.

United States District Judge

Wilbert B. Harris
6108 State Street
Cheverly MD 20785

Attorney

Washington DC 20