UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBERT B. HARRIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-06 RCL |
| | ) |
| POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

ORDER

UPON CONSIDERATION of the "Plaintiff's Motion For Sanctions On Assistant United States Attorney W. Mark Nebeker, And Request [For] Permission To Submit Evidence For Ruling In Favor Of The Plaintiff's Title VII Complaint," for the reasons stated in opposition to the motion, and based upon the entire record herein, it is the _____ day of _____, 2006 hereby

ORDERED that Plaintiff's motion be and it hereby is denied.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

DAVID A. BRANCH, ESQ.
LAW OFFICE OF DAVID A. BRANCH
1825 Connecticut Avenue, N.W.
Washington, DC 20009

WILBERT B. HARRIS
6108 State Street
Cheverly, MD  20785