UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| Wilbert B. Harris )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Postmaster General of the )<br>United States Postal Service )<br>)<br>Defendant. )<br>) | Civil Action No. 06-06 RCL |

### Notice Of Filing

(a) (USPS) implementation of customer-perfect. And exert (GAO) liaison (5-pgs)

(b) (USPS) MES-black minorities (excluded/separated) from Headquarters EEO processing (5-pages)

(c) (USPS) MES-black minorities an Economic Equality Trade-Off

(d) (USPS) (prerequisite/concept) for Socioeconomic policy

Wilbert B. Harris
Plaintiff
6108 State Street
Cheverly MD 20785

**RECEIVED**
SEP 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate Of Service

I hereby certify that a copy of the attached notice of filing was mailed via fist class to

W. Mark NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street NW
Washington DC 20530

Date: 9/15/06

Wilbert B. Harris