

system of management. However, the president said that due to the enormous resources that the Service has devoted to the implementation of the Delivery Redesign initiative, it has been unable to provide much assistance to the Rural Carriers union in developing any type of performance pay system in addition to the one that the rural carriers already have. The Rural Carriers president also stated that it is the individual employee who drives customer satisfaction, creates revenue, and increases productivity. As such, he believes that the performance of rural carriers in these areas is already aligned with the concepts of EVA.

As previously mentioned, in his comments, the president of the League expressed his concern that less than a majority of postmasters were included under EVA, which caused the League not to support the new pay system. Also, he commented that (1) nonexempt postmasters who receive additional pay for working over 40 hours per week should not be excluded from eligibility for EVA bonuses, because such pay is due these postmasters for additional work and should not be considered a bonus; and (2) when trying to support new programs, such as EVA, the Postal Service has often used the private sector as a basis for comparing the work of postal employees to employees doing similar work in the private sector. However, the League president stated that because the Postal Service is not a private business, the Service should recognize that many postal positions are unique and cannot be compared to positions in the private sector. The president of NAPS told us that he believed some postmasters were overpaid for the work that they did, which included work that oftentimes was done by craft employees, particularly clerks, such as sorting mail and providing over-the-counter products and services to postal customers.

## CustomerPerfect!

In February 1995, the Service implemented *CustomerPerfect!*, which has been described by the Vice President for Quality as a "management system being constructed and operated by the Postal Service as a vehicle for constructive change." He told us that *CustomerPerfect!* is designed to assess and, where necessary, improve all aspects of Service operations so that it can better provide postal products and services to its customers in a competitive environment.

Postal officials told us that in fiscal year 1995, two *CustomerPerfect!* pilots were established in Washington, D.C., and Nashville, TN. Later, in

February 1996, eight additional pilot sites were added.[17] A postal official mentioned that these pilots consisted primarily of implementing what the Service called process management, which was described as a systematic approach to continuously assessing, evaluating, and improving the design and management of core work processes, including those that facilitate the processing and delivery of mail products and services to postal customers. A key aspect of this approach involves the collection and use of various service and financial performance data, such as EXFC; EVA; and data on safety in the workplace, including postal vehicle accidents. A postal official mentioned that the Service plans to expand the process management aspect of *CustomerPerfect!* to all 85 postal performance clusters in fiscal year 1997.[18]

According to postal officials, *CustomerPerfect!* was not specifically designed to address labor-management relations problems. However, they believe it provides an opportunity for management and craft employees to work together on problem-solving teams to improve how the Service accomplishes its overall mission. Postal officials told us that they believed they had good representation from craft employees on several problem-solving teams that have been established. They further stated that all improvement initiatives should be aligned with *CustomerPerfect!*

According to a postal official, in 1995, the Service offered to provide a briefing on the goals of *CustomerPerfect!* to the four unions and the three management associations. According to a postal official, representatives from two of the four unions—APWU and Rural Carriers—attended the briefing. The postal official told us that Mail Handlers and NALC representatives declined to attend the briefing. Mail Handlers' officials told us that they had no interest in the briefing, mainly because the Service had already made the decision to implement *CustomerPerfect!* and did not solicit the union's input into the development of *CustomerPerfect!* NALC officials did not identify a specific reason for not attending the *CustomerPerfect!* briefing. However, they told us that the Service unilaterally terminated the joint Service-NALC improvement initiative called

---

[17] The locations of the 10 *CustomerPerfect!* pilots included the following district offices: (1) the Capital District, Washington, D.C.; (2) the Central Plains District, Omaha, NE; (3) the Connecticut District, Hartford, CT; (4) the Greater Indiana District, Indianapolis, IN; (5) the Harrisburg District, Harrisburg, PA; (6) the Louisiana District, New Orleans, LA; (7) the New York District, New York, NY; (8) the Sacramento District, Sacramento, CA; (9) the Seattle District, Seattle, WA; and (10) the Tennessee District, Nashville, TN.

[18] A performance cluster is an organizational mechanism used by the Service to help track performance data. For each of the Service's 85 districts, a cluster usually consists of (1) a district office, which is responsible for customer service functions mainly through its post offices, stations, and branches; and (2) a large mail processing and distribution center/facility, which is responsible for processing and distributing mail mainly through other such centers/facilities, bulk mail centers, and airport mail centers/facilities.

Case 1:06-cv-00006-RCL   Document 27-2   Filed 09/15/2006   Page 3 of 5

**GAO**  Report to the Chairman, Subcommittee on the Postal Service, Committee on Government Reform and Oversight House of Representatives

---

October 1997

# U.S. POSTAL SERVICE

# Little Progress Made in Addressing Persistent Labor-Management Problems





meet customers' needs and expectations. Nor has it helped employees to feel very good overall about their working conditions, as we will show in chapters 3, 4, and 5.

## Postal Service Strategies for Changing the Corporate Culture

Shortly after taking office in July 1992, Postmaster General Runyon said that a change in the corporate culture is needed if the Postal Service is to succeed in today's competitive communications market and become a world-class organization. The change he is seeking is a transformation from an "operation driven, cost driven, authoritarian, and risk averse" culture to one that is "success-oriented, people oriented, and customer driven." According to Mr. Runyon, management, unions, and employees all need to work together to improve relationships and organizational performance, so the Postal Service as a whole can focus on meeting customers' needs.

The Postal Service's strategies for changing the corporate culture have centered on (1) restructuring the organization, (2) establishing a National Leadership Team that includes all Postal Service officers and the national presidents of the unions and management associations, and (3) changing the incentive systems for rewarding managers.

## Restructuring the Postal Service

One of the first actions taken by Postmaster General Runyon was a top-down restructuring and downsizing of the Postal Service. This was undertaken to deal with a $2.2 billion deficit projected in fiscal year 1993[5] and was part of Mr. Runyon's broader strategy to make the Postal Service more accountable, credible, and "competitive." The restructuring, which was largely carried out over a 120-day period between August and November 1992, was the most sweeping reorganization since the Postal Reorganization Act of 1970. It realigned resources into two functions—mail processing and distribution and customer service. The goal was also to make the organization flatter and reduce layers of management by eliminating 30,000 positions.[6] To make the overhead

---

[5]Due to the restructuring efforts, major cost savings initiatives, and a resurgence in revenue growth from an improving economy, the Postal Service ended the fiscal year with a $371 million operating loss. However, the total net loss was substantially higher ($1.8 billion) due to an $857 million retroactive interest assessment imposed by the Omnibus Budget and Reconciliation Act of 1993 and a debt refinancing item of $537 million incurred in fiscal year 1993.

[6]In June 1994, the Merit Systems Protection Board (MSPB) ruled that the restructuring violated the rights of middle managers with veterans preference by demoting them and eliminating their jobs without following reduction-in-force regulations. In August 1994, Postmaster General Runyon announced that the Postal Service would drop its appeal of the MSPB ruling.

## 240 Audits

### 241 Responsibility

#### 241.1 Chief Postal Inspector

The responsibility for internal auditing in the Postal Service is assigned to the Inspection Service. The Chief Postal Inspector, through the Assistant Chief Inspector, Audit, directs the development of policies, plans, and procedures governing all internal audits and related service investigations. The implementation of these activities has, for the most part, been decentralized to the five Regional Chief Inspectors.

#### 241.2 Role and Function

Internal auditing is a staff rather than a line function. Audit personnel do not exercise authority over persons in the organizations audited. Audit findings and recommendations are advisory, while line managers retain the decision-making responsibilities for implementing recommendations made in audit reports. Auditing plays an important role as a management tool for evaluating whether operations are executed economically, efficiently, and effectively. While internal audit has the responsibility to evaluate operations, management cannot and should not completely rely on inspectors to detect problems and recommend solutions. Managers, as part of their management responsibility, must routinely assess their own operations to assure themselves and their superiors that operations are well controlled and meet high expectations. If problems are found by the inspectors or by management, it is management's responsibility to promptly and properly initiate corrective action.

### 242 Background

#### 242.1 Authority

The authority for internal auditing within the Postal Service is stated in 39 USC section 2008. Furthermore, the 1988 admendment to the 1978 Inspector General legislation (Public Law 100-504) enacted in October 1988, included the USPS as a "Federal Entity" under the Act. The Chief Postal Inspector is designated as the Inspector General (IG) of the Postal Service. Within these legal requirements, it is the policy of the Postal Service to maintain a single audit unit, providing constructive and protective service to management. The audit program provides independent examinations and evaluations of postal activities at all levels of organization.

#### 242.2 Standards

The *Standards for Audits of Governmental Organizations, Programs, Activities, and Functions,* issued by the Comptroller General of the United States, will govern the conduct of internal audits. These standards provide for full scope reviews to include:

    *a.* Financial and compliance matters;

    *b.* Economy and efficiency of operations; and

    *c.* Program planning and reporting.

### 243 Mission

#### 243.1 Objective

The objectives of internal audit are to:

    *a.* Provide an independent check on the adequacy and effectiveness of systems of control;

    *b.* Determine compliance with Postal Service policies and procedures and public laws;

    *c.* Verify the existence of assets and assure that proper safeguards are maintained to detect failures which may lead to fraud, waste, and abuse.

    *d.* Audit the reliability and operation of accounting and reporting systems.

    *e.* Review operations for economy and efficiency.

    *f.* Maintain a tracking system to monitor management's response to audit recommendations.

#### 243.2 Cooperation

Postal officials and employees are expected to extend maximum assistance to inspectors so that audit objectives are achieved.

#### 243.3 Liaison

Outside organizations such as the General Accounting Office and the external auditors hired by the Board of Governors also provide selective reviews of Postal Service activities. The Inspection Service will maintain liaison with these and other external organizations providing audit attention.

### 244 Audit Reports

#### 244.1 Definition

The audit report is a medium through which audit findings, conclusions, and recommendations are communicated to management. Each manager must be responsive to all recommendations made in these reports, and it is Postal Service policy to prepare a written response to audit reports when requested.

#### 244.2 Distribution of Reports

#### 244.21 Headquarters Level

*244.211* The Chief Postal Inspector transmits: (a) Regional reports of Headquarters interest, and (b) those reports containing recommendations for Headquarters action, to the appropriate Headquarters Department. Copies of audit reports directed to field management may be provided to officials at Headquarters who have an interest in the activity or function audited.

*244.212* For tracking purposes, a copy of all final audit reports that are directed to Headquarters management will be furnished by the Chief Postal Inspector to the Deputy Postmaster General and to the official designated by the SAPMG or department head.