DEC-11-02 04:33 PM WILBERT.HARRIS.MES.LOCAL. 3 773 1492 P.02

CC-0205-03

**UNITED STATES POSTAL SERVICE**

**EEO Complaint of Discrimination in the Postal Service**
(See Instructions and Privacy Act Statement on Reverse)

| 1. Name | 2. SSN | 3. Case No. |
|---|---|---|
| Wilbert Billy Harris | 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 | HO-0132-02 |

| 4a. Mailing Address (Street or P.O. Box) | 4b. City, State and ZIP + 4 |
|---|---|
| 610 8 State St | C Heverly MD 20783 |

| 5. Email Address | 6. Home Phone | 7. Work Phone |
|---|---|---|
| | (301) 773-6108 | (202) 281-2620 |

| 8. Position Title (USPS Employees Only) | 9. Grade Level (USPS Employees Only) | 10. Do You Have Veteran's Preference Eligibility? |
|---|---|---|
| Machine-Operator | Level-8 | |

| 11. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and ZIP+4) | 12. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory |
|---|---|
| Mail-Equipment Shops | General Manager   Postmaster<br>Ms Jessie Barrett, Mr. Dan Wonth |

13a. Name of Your Designated Representative

| 13b. Title |
|---|
| General Manager — Postmaster |

| 13c. Mailing Address (Street or P.O. Box) | 13d. City, State and ZIP + 4 |
|---|---|
| | Washington, DC 20017 |

COMPLIANCE AND APPEALS
U.S. POSTAL SERVICE

DEC 16 2002

| 13e. Email Address | 13f. Home Phone | 13g. Work Phone |
|---|---|---|

* Providing this information will authorize the Postal Service to send important documents electronically

PROCESSING CENTER
CAPITAL METRO OPERATIONS

EEO COMPLIANCE AND APPEALS
U.S. POSTAL SERVICE
DEC 16 2002
PROCESSING CENTER
CAPITAL METRO OPERATIONS

**14. Type of Discrimination You Are Alleging**

- [x] Race (Specify)
- [ ] Color (Specify)
- [ ] Religion (Specify)
- [ ] National Origin (Specify)
- [ ] Sex (Specify)
- [ ] Age (40+) (Specify)
- [x] Retaliation (Specify Prior EEO Activity):
- [ ] Disability (Specify)

**15. Date on Which Alleged Act(s) of Discrimination Took Place**

Check The Records

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R. § 1614.106(d)

I have Filed several complaints on each one I depicted Retaliation and or Discrimination However they are all related to Retaliation due to my Union position and concerted activities and they are Discriminative due to my Race.

17. What Remedy Are You Seeking to Resolve this Complaint?

I seek Full restitution of employment and Back Pay (Make whole Remedy) If discrimination is present and or Found, I seek Financial Maximum Allowed under EEOC - Law and or Public Law.

| 18. Did You Discuss Your Complaint with a Dispute Resolution Specialist or a REDRESS Mediator? | NOT every one | December 7 2002 | [ ] No |
|---|---|---|---|
| [ ] Yes (Date you received the Notice of Final Interview): | | | |

| 19a. Signature of Dispute Resolution Specialist | 19b. Date |
|---|---|
| Beverly Gray | 12-03-02 |

| 20. Signature of Complainant or Complainant's Attorney | 21. Date of this Complaint |
|---|---|
| Wilbert B Harris | 12/11/02 |

02 DEC 11 PM 4:31

PS Form 2565, March 2001 (Page 1 of 2)

EEO Dispute Resolution



**UNITED STATES**
**POSTAL SERVICE**

February 2, 2001

### REDRESS™ TRAINING FEBRUARY 6, 2001

REDRESS™ (Resolve Employment Disputes Reach Equitable Solutions Swiftly), an alternative dispute process was implemented by the United States Postal Service in North Florida in 1994. REDRESS™ offers the option of mediation at the time an employee contacts the EEO office to file a complaint. Participation is voluntary and the mediations are scheduled within two to three weeks of contact and are held on-the-clock. Experienced mediators from outside the Postal Service, facilitate communications between the parties and have no decision-making authority. Based on the positive results of the pilot programs, a national roll-out of the process began in January 1998.

The Board of Governors endorsed a plan so that by the year 2000, REDRESS™ would be available to every employee in every district in the Postal Service. Implementation of the process in Headquarters, Headquarters Field Units and the Inspection Service began in October 2000.

A two-hour REDRESS™ briefing is being offered on February 6, 2001, 9:00A at the Mail Equipment Shop. This briefing will be conducted by Headquarters.

You have been scheduled to attend this two hour briefing.

If you have any questions or would like additional information, please feel free to contact me.

Deborah L. Lewis
Dispute Resolution Specialist

475 L'ENFANT PLAZA, SW RM 9431
WASHINGTON, DC 20260-4135
202-268-8101
FAX: 202 268-6189

## AGREEMENT TO MEDIATE

 **UNITED STATES
POSTAL SERVICE**

Counselee Name: Lavon Everett                 Case No.: HO-0100-01

1. The parties agree to try to resolve this case through mediation. The parties understand that settlement during mediation is entirely voluntary.

2. The parties understand that the mediator has no power to decide who wins or loses this case and will not express an opinion on who is right or wrong. Rather, the mediator is going to try to help the parties reach their own resolution of this case by facilitating the discussion.

3. The parties understand that the mediator is not going to act as an advocate or attorney for any participant and that each party has the right to have a representative during mediation.

4. The parties understand that the purpose of mediation is to explore whether the parties can reach a resolution, not to gather information for a hearing or trial. The parties agree not to subpoena the mediator or any observer to testify about what was said in mediation.

5. The mediator and all observers agree not to voluntarily testify on behalf of any party and will not report anything said during this mediation UNLESS one of the participants makes a genuine threat of physical harm or reveals information of: criminal activity, fraud, waste, abuse of postal property, sexual harassment, child abuse or elder abuse.

6. The mediation session will not be recorded by anyone (either video or audio) and no transcript of the session will be produced.

7. The parties understand that any documents prepared for or during mediation (such as case summaries presented to the mediator or notes taken during mediation) are for settlement purposes only and may not be subpoenaed for, or used in, a hearing or trial. Documents that existed before mediation, such as PS Form 3971s or Official Personnel Files, are NOT shielded from later use or disclosure just because they were discussed or used at mediation.

8. The parties understand that no participant will be bound by anything said or done in mediation unless and until there is a written settlement agreement.

DATE: _____

_____        _____
PARTY                                    PARTY

_____        _____
PARTY'S REPRESENTATIVE                   PARTY'S REPRESENTATIVE


_____        _____
MEDIATOR                                 OBSERVER


                                        _____
                                         OBSERVER

Date:  June 5, 2001
Mediator Invoice #:  01-HQR-0074-006

USPS EE   ase No.:  HO-0100-01
District:  Headquarters



 **UNITED STATES POSTAL SERVICE**

## NO AGREEMENT LETTER

Date:    June 5, 2001
Mediator Case No.:  <u>01-HQR-0074-006</u>
USPS EEO#:  <u>HO-0100-01</u>
District:  <u>Headquarters</u>

Lavon Everett and Marylin Washington appeared for their scheduled mediation on June 5, 2001.

The session was held at Mail Equipment Shop.

We appreciate their appearance, unfortunately, they were unable to resolve their dispute through this process.

_____  6/5/01
          MEDIATOR



UNITED STATES POSTAL SERVICE
475 L'ENFANT PLAZA SW
WASHINGTON DC 20260

March 23, 1994

Wilbert B. Harris
6108 State Street
Cheverly, MD  20785

                    Notice of Final Interview   (EEO CASE NO. HO-0131-94)
                    Certified No. P 417 396 587

Mr. Harris:

On November 19, 1993, you requested an appointment with an EEO
counselor, to discuss what you allege to be discrimination.  In
a statement, you submitted that you were discriminated against
because of your sex (male), when Ann Carter was selected as EEO
Counselor. As resolution to your complaint, you have requested
to be given the opportunity to be trained to be an EEO
counselor, and full compensation of the difference between a
PS-04 and the salary Ann Carter is receiving as an EEO
counselor.

Management has denied discriminating against you.  This
counselor was told that there was no posting at the facility
for an Ad-hoc EEO Counselor, that a call was received at the
Mail Equipment Shop, from Purchasing at Headquarters to select
a person to receive training and Ms. Carter was selected.
Management further stated that at no time was sex a factor in
the decision to place Ms. Carter; that she was already an EAS
employee and did no have to be taken out of a vital craft
position.

If you are not satisfied with the results of the inquiries made
in to your allegations of discrimination, you have a right to
file a Formal Complaint.  Enclosed are the PS Forms 2565 and
2579A.  Both forms are to be completed, signed, and returned to
this office within 15 calendar days of your receipt of this
notice.  If they are not returned within 15 days, your
complaint will be subject to dismissal.

Sincerely,

Olivia J. Mallory
EEO Counselor
USPS Headquarters