# 35 Poverty, Inequality, and Discrimination

> Today for the first time in all the history of the human race, a great nation is able to make and is willing to make a commitment to eradicate poverty among its people.
> LYNDON B. JOHNSON (1964)

The last two chapters analyzed the principles by which factor prices—wages, rentals, and interest rates—are determined in a market economy. One reason for concern with this issue is that these factor payments determine the *incomes* of the people to whom the factors belong. The study of factor pricing is, therefore, an indirect way to learn about the *distribution of income* among individuals.

In this chapter we turn to the problem of income distribution more directly. Specifically, we seek answers to the following questions: How much income inequality is there in the United States, and why? How can society decide rationally on how much equality it wants? And, once this decision is made, what policies are available to pursue this goal? In trying to answer these questions, we must necessarily consider the related problems of poverty and discrimination, and so these issues, too, receive attention in this chapter.



We will also offer a full explanation of one of the 12 Ideas for Beyond the Final Exam: *the fundamental trade-off between economic equality and economic efficiency.* Taking it for granted that equality and efficiency are both important social goals, we shall learn why policies that promote greater income equality (or less poverty or less discrimination) often threaten to interfere with economic efficiency. In this chapter we explain *why* this is so and *what* can be done about it.

## The Politics and Economics of Inequality

It is apparent that the trade-off between equality and efficiency is not widely understood. Social reformers often argue that society should adopt even the most outlandish programs to reduce discrimination or increase income equality or eradicate poverty, regardless of the potential side effects these policies might have. Defenders of the status quo, for their part, often seem so obsessed with these undesirable side effects—whether imagined or actual—that they ignore the benefits of redistribution or of antidiscrimination programs.



The continuing debate over supply-side economics is a good illustration. Many of the tax incentives advocated by supply siders, such as reducing or eliminating taxes on interest, dividends, and capital gains, clearly would be of greatest benefit to the wealthy. The poor, after all, do not own much corporate



¹This debate is considered in greater detail in Chapter 11.

Case 1:06-cv-00006-RCL    Document 27-4    Filed 09/15/2006    Page 2 of 2



# ECONOMICS
## Principles and Policy · Third Edition

William J. Baumol
*New York University
and
Princeton University*

Alan S. Blinder
*Princeton University*



**Harcourt Brace Jovanovich, Publishers**

San Diego   New York   Chicago   Atlanta   Washington, D.C.
London   Sydney   Toronto