Case 1:06-cv-00006-RCL    Document 27-5    Filed 09/15/2006    Page 1 of 1

# The Supreme Court on Affirmative Action

The legal issues surrounding affirmative action programs are many and complex. Among the charges raised by opponents to such programs is that the "reverse discrimination" inherent in school admissions or hiring programs that favor disadvantaged groups constitutes a form of discrimination against white males. And this, they argue, violates the Fourteenth Amendment to the Constitution and the Civil Rights Act of 1964. In two landmark cases, which will be discussed and interpreted for years to come, the U.S. Supreme Court rejected this claim.



## Affirmative Action in the Schools: The Bakke Decision

Allan Bakke, then a 32-year old white engineer from Los Altos, California, sought admission to the medical school of the University of California at Davis but was rejected, even though minority applicants with substantially inferior grades and test scores were accepted under the school's affirmative action admissions program. Bakke filed suit, charging that the medical school had violated both the Civil Rights Act and the Fourteenth Amendment by denying him admission solely because of his race. He won in the lower courts, and after four years of litigation, the case reached the U.S. Supreme Court.

The Court's decision, handed down in July 1978, was a momentous one for affirmative action, and for civil rights in general, because the California courts had ruled that race could not be considered a factor in making admissions decisions. The U.S. Supreme Court rejected this view. Justice Lewis F. Powell, Jr., writing for the majority, ruled that admissions programs that use race as one among many criteria, but that do not attempt to enforce rigid quotas, are legal and valid. However, Allan Bakke was ordered admitted to the Davis medical school on the grounds that the rigid quota system used there was indeed illegal and did deprive him of his civil rights. Thus, both detractors and supporters of affirmative action found solace in the Bakke decision, and the case raised as many questions as it answered.

## Affirmative Action in the Workplace: The Weber Decision

A year later, the Court handed down a more definitive decision in the case of the *United Steelworkers of America v. Weber*. In 1974, Kaiser Steel and the Steelworkers Union reached an affirmative action agreement under which half the places in a special training program were reserved for blacks, who at that time held very few skilled jobs. Brian Weber, then a 28-year-old worker at Kaiser's Gramercy, Louisiana, plant, sued on the grounds that the quota system discriminated against white workers like himself. Again, the lower courts ruled in his favor. But in June 1979 the U.S. Supreme Court delivered a resounding verdict in support of affirmative action.

Justice William J. Brennan, Jr., writing for the majority, rejected the idea that Congress intended to bar reverse discrimination through the Civil Rights Act of 1964, claiming that such an interpretation would undermine the very purposes of the Act. While the Weber decision did not give a blanket endorsement to *any* conceivable affirmative action plan, it certainly made it plain that the Court would not invalidate reasonable plans even if they were based on numerical quotas.

---

This controversy provides yet another example of the trade-off between equality and efficiency. Without a doubt, giving more high-paying jobs to members of minority groups and to women would move society's Lorenz curve in the direction of greater equality. Supporters of affirmative action seek this result. But if it is done by disrupting industry and requiring firms to replace "qualified" white males by other "less qualified" workers, economic efficiency may suffer