SHOPS LOCAL
P.O. BOX 4535
Washington, D.C. 20005
202-529-9500 (tel.)
301-773-1492 (fax.)

## FACSIMILE TRANSMITTAL

TO: MS Beaverty BROWN

FAX NUMBER: 202-268-6489

FROM: MR Wilbert Harris

DATE: 02-06-03

PAGES: 1

Dear MS Brown

I never Filed AN EEO complaint on my 08-30-2002 Termination, Those EEO' were in Regards to the Removals in the month of July, I was Removed from my Job on (7) Seven Occasion, And issued a proper Removal.

Thank you
Mr Wilbert G Harris

760