UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBERT B. HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-06 RCL |
| | ) |
| POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant Postmaster General of the United States, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to file a reply brief in support of his motion to dismiss or for summary judgment. Defendant's reply is currently due on October 19, 2006, and defendant requests that the deadline be extended through and including October 25, 2006. Plaintiff takes no position on the request for an extension of time.[1] The grounds for this motion are set forth below, and this is defendant's first request for an extension of time.

---

[1] Local Civil Rule 7(m) requires counsel to confer regarding non-dispositive motions. Although plaintiff was initially represented by David A. Branch, Esq. in this matter, plaintiff has filed a motion seeking to represent himself. See Docket Entry No. 20. In view of Plaintiff's having filed a motion seeking to relieve Mr. Branch of his representation of Plaintiff, the U.S. Attorney's Office contacted Plaintiff directly to consult about this extension.

Defendant filed his motion to dismiss or for summary judgment on July 19, 2006. See Docket Entry No. 17. At plaintiff's request, the Court extended the time for plaintiff to respond to that motion until August 31, 2006. Since then, plaintiff has moved the Court to allow his lawyer to withdraw from representing him, and has proceeded to file pro se multiple motions for sanctions and other relief. See Docket Entry Nos. 20-25, 27-28. On October 6, 2006, well after the expiration of the time specified by the Court, plaintiff filed his opposition to defendant's motion to dismiss or for summary judgment. See Docket Entry No. 30. Accordingly, defendant's reply is due on October 19, 2006.

Defendant is unable to file his reply brief by the current deadline because the assigned counsel for defendant has been out of the office since mid-day on October 17, 2006 due to illness, and is expected to remain out of work through much, if not all, of the week. When he returns to the office, he will need some additional time to complete work on the reply brief and consult with the agency. The Assistant United States Attorney assigned to this case has a heavy docket of active cases with several other deadlines in the next two weeks in other cases. Allowing defendant to have a reasonable amount of time to formulate his defense best serves the interests of the parties and the Court, and granting this motion will not unduly delay the resolution of this case.

Accordingly, defendant respectfully asks that his time for filing a reply brief be extended through and including October 25, 2006.

Dated: October 18, 2006.

Respectfully submitted,

_____
JEFFREY A. TAYLOR
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2006, service of the foregoing MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF was made by placing a copy in the first class United States mail, postage prepaid, and marked for delivery to:

    WILBERT B. HARRIS
    6108 State Street
    Cheverly, MD  20785

_____
LAURIE J. WEINSTEIN
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7133