UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBERT B. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-06 (RCL) |
| ) | |
| POSTMASTER GENERAL OF THE UNITED ) | |
| STATES POSTAL SERVICE ) | |
| ) | |
| Defendant. ) | |

## ORDER

On behalf of plaintiff, who previously had been *pro se*, attorney David A. Branch filed a Notice of Appearance [10] in this matter on May 1, 2006. Mr. Branch filed an Amended Complaint [11] on the same day. On July 19, defendant filed his Motion to Dismiss, or in the alternative, Motion for Summary Judgment [17]. Mr. Branch, on July 31, filed a Consent Motion for Extension of Time [18] to file plaintiff's opposition to defendant's alternative motions. On August 16, this Court granted the motion and ordered plaintiff to respond by August 31 [19]. Plaintiff then filed, *pro se*, a Motion to Terminate his Representative [20] on August 25. Mr. Branch has neither moved to withdraw his appearance as required by LCvR 83.6(c), nor made any other filing since his motion for extension of time on July 31.

Attorney David A. Branch shall, within ten (10) days of this date, show cause why he has failed to oppose defendant's alternative motions.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 3, 2006.