IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILBERT HARRIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 1:06-cv-00006 (RCL) |
| ) | |
| **POSTMASTER GENERAL OF THE** ) | |
| **UNITED STATES POSTAL SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### Motion for Withdrawal of Appearance of Counsel (David A. Branch) and Response to Order to Show Cause

Comes now the former counsel to the Plaintiff, pursuant to Local Rule 83.6(c) and files this motion for withdrawal of appearance and response to Order to Show Cause and in support thereof states as follows.

Counsel entered his appearance in this matter on May 1, 2006. Counsel subsequently filed a motion to extend time to file Plaintiff's opposition to Defendant's dispositive motion. Counsel met with Plaintiff to prepare the opposition, and was working on the opposition when Plaintiff filed a pro se Motion to Terminate Counsel's Representation on August 25, 2006, five days before the opposition was due. On September 1, 2006, counsel wrote a letter to Plaintiff acknowledging receipt of the motion to terminate representation of the Plaintiff. The court has issued an order to show cause to counsel on why he has failed to oppose Defendant's dispositive motion.

Counsel has not responded to Defendant's motion because he has been terminated as counsel for Plaintiff and can not submit any pleading on Plaintiff's behalf. Counsel

apologizes to the court for the confusion, but quite honestly, counsel was not sure exactly how he should respond when he was terminated by the Plaintiff and the Plaintiff filed a motion with the court to terminate counsel before the deadline to respond to the dispositive motion. Counsel was anticipating that the court would grant Plaintiff's motion and the issue would be resolved, since it was made by the Plaintiff himself and was not opposed, and Plaintiff has proceeded pro se. Counsel's reading of Local Rule 83.6 (c) is that a motion to withdraw must be filed if a party's written consent is not obtained or if a party is not represented by another attorney. Here, Mr. Harris requested that the court terminate counsel's representation of him, and has represented himself.

    Counsel requests that the court grant the motion terminating his representation and motion withdrawing the appearance of counsel.

Respectfully submitted,

By:     /s/
David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Washington, D.C. 20009
(202) 785-2805 (phone)
(202) 785-0289 (facsimile)
dablaw@erols.com

**CERTIFICATE OF SERVICE**

    I hereby certify this 10th day of November 2006 that a copy of this Motion for Withdrawal of Appearance of Counsel was sent by electronic mail to counsel for the Defendant and mailed to the Plaintiff at the address listed below:

2

3

Mark Nebeker
Assistant U.S. Attorney
District of Columbia
555 4th Street, NW
Washington, DC 20009

Wilbert Harris
6108 State Street
Cheverly, MD 20785

                                                  /s/
                                      David A. Branch