UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILBERT B. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-06 (RCL) |
| | ) | |
| POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Motion for Withdrawal of Appearance of Counsel (David A. Branch) and Response to Order to Show Cause [35], the motion is hereby GRANTED and the Court's Order [33] to show cause is hereby DISCHARGED.

Plaintiff's Motion to Terminate his Representative [20] is hereby DENIED as moot. Plaintiff shall proceed *pro se*.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 15, 2006.