UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| WILBERT B. HARRIS )<br>)<br>Plaintiff )<br>)<br>vs. )<br>POSTMASTER GENERAL OF THE UNITED )<br>STATES POSTAL SERVICE )<br>)<br>Defendant. )<br>) | Civil Action No. 06-06 RCL |

### RESPONSE TO MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL DAVID A. BRANCH AND RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to Local Rule 83.6 (c), the Plaintiff having no faith or trust in attorneys and considering Attorney Branch's actions and my Motion requesting his termination, I, do hereby intends to proceed with the case pro-se, unless the Court will grant me a court appointment of counsel consistent with *Hilliard v. Volcker*, 659 F. 2d 1125 (D.C. Cir. 1981) and Fed. R. Civ. P. 23(g)(i).

Respectfully submitted,

Wilbert B. Harris
Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 16th day of November 2006, a copy of RESPONSE TO MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL DAVID A. BRANCH AND RESPONSE TO ORDER TO SHOW CAUSE has been mailed via first class mail to:

W. Mark NEBEKER, Esq.
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

David A. Branch, Esq.
Law Office of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Washington, DC 20009

Wilbert B. Harris
6108 State Street
Cheverly MD 20785