UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBERT B. HARRIS )<br>)<br>Plaintiff )<br>)<br>vs. )<br>POSTMASTER GENERAL OF THE UNITED )<br>STATES POSTAL SERVICE )<br>)<br>Defendant. )<br>) | Civil Action No. 06-06 RCL |

## PLAINTIFF'S MOTION FOR RECONSIDERATION

Pursuant to Local Civil V, Rule 7 and Fed. R. CIV. P.7, the Plaintiff, Wilbert B. Harris, hereby files this Motion for Reconsideration of the Court November 28, 2006 Decision Memorandum Order, particularly with regards to certain conclusive facts of the Court. Drawing from the Defendant's Motion, not withstanding the Plaintiff's August 25, 2006, Motion requesting permission to terminate Attorney David A. Branch representation and the reason stated therein, and to respond to the Defendant Pro-se, the Court prior to its decision of November 28, 2006, failed to rule and/or respond to the Plaintiff's Motion, as opposed to the Counsel's Motion or Withdrawal and Response to Order to Show Cause Motion (36), dated November 10, 2006. In all do respect, the Plaintiff was never ordered to proceed Pro-se by the courts. The Plaintiff, after going to the Court requesting a copy of the docket in order to be informed of the case status, and as a result of the status of the case and having to make such a decision of termination of

counsel, after brief discussion with a Bar Counsel regarding Attorney termination procedure, Plaintiff waited for Court's ruling on his Motion of August 25, 2006.

Plaintiff spoke with several legal aid clinics willing to assist the Plaintiff in his effort but refused to pending the Court's ruling on the Motion for Termination of Counsel by the Plaintiff. However, in the interest of justice and prudence absent doing nothing, the Plaintiff unlike former Attorney David A. Branch responded as knowledgeable as he could to all correspondence from the Court. The Plaintiff's opinion regarding his faith and trust in Attorneys is the direct results of the Defendant's authority and power to sway at the outset of his 2002 removal, every Attorney he has retained and other legal authorities associated within the Court, as to this case and the Plaintiff's related Case No. 1:00-CV-01074-RCL can attest to, believing that if the Court were to select him Counsel, there would be a greater integrity of jurisprudence adherence to procedure, not withstanding the Agency's Byzantine fraudulent EEO Complaint Process, specifically for the Mail Equipment Shop Field Unit Facility. The Agency's partial acceptance/partial dismissal letter dated February 10, 2002, accepting the removal as formerly filed contradicts the EEO Compliance and Appeals declaration regarding the failure of filing a formal complaint. See also, the Agency's partial acceptance/partial dismissal letter dated February 27, 2002 that preserved the partial dismissal/removal and a statutory claim of segregation under 29 C.F.R. 1614.107(b).

Turning to different subject matters, the Plaintiff's claims of final interview letter dated December 2, 2002, included a class claim of racial segregation, a removal from his work without written notice, and subsequently a letter of proposed removal from his employment, a suspension, a class action involving national security violation and the

next day was issued a letter of decision removal, all grouped under EEO request No. Ho-0132-02. This case considered to be a mixed case complaint was filed on December 11, 2002 as a formal complaint with the Agency's EEO Department as opposed to a mixed case appeal to the MSPB, as alleged by the Defendant (cannot file both). A comprehensive statutory and regulatory scheme governs the processing of mixed cases, and either Agency is authorized and required to address both the discrimination issues and civil service issues that arise in a mixed case. An employee who initially chooses to file an EEO mixed case complaint <u>may</u> after a 120 days have passed without an Agency's final decision on the formal complaint may appeal the matter directly to the MSPB, 5 U.S.C. 7702 (e) (2) transferring the administrative review to that Agency, 5 C.F.R. 1201. 154(a). This was completed on March 2, 2005, prior to any decision issued in the Defendant's Motion.

  The notice of right to Judicial Review 1201.157, any final decision of the Board under 5 U.S.C. 7702, will notify the Appellant/Plaintiff of his or her right within 30 days after receiving the Board's final decision to petition the Equal Employment Opportunity Commission to consider the Board's decision or to file a civil action in an appropriate United States District Court. (See 1614.310(g) and Guide for Pro-se Petitioners and Appellants that was of particular relevance attached to the MSPB Final Decision.) If an Appellant/Plaintiff elects to waive the discrimination issues, an appeal may be filed with the United States Court of Appeals for the Federal Circuit as stated in 1201.120. The Plaintiff did not, and does not wish to waive his discrimination issues. The defendant allegations and Motion for Dismissal or in the Alternative for Summary Judgment, regarding the Plaintiff's case being moved from state court to Federal Circuit Court is a

false representation. (See March 2, 2006 RE: Harris vs. USPS, 06-3145 and February 22, 2006 Harris vs. USPS No. 06-3145 entry of appearance; the content of the Plaintiff's judicial request and the Plaintiff's Opposition Motion dated March 23, 2006.) This conduct is an extension and is consistent with former Attorney Eric Steele's testimony to the Bar Counsel of my being set up for termination of my employment, which the Court denied entry of said evidence and returned to me, with respect to the Defendant's Motion EEOC Decision (Def's Mot. EX. 8). The Plaintiff's mixed case complaint was not entitled to a hearing before the Equal Employment Opportunity Commission, thus, the Defendant's Motion regarding EEOC decisions are false representations as previously indicated. The MSPB Final Decision by the Agency was issued to the Plaintiff on September 20, 2005. The Plaintiff proceeded in a district court on October 17, 2005, three (3) days prior to the 30 day requirement.

In the interest of justice regarding the above facts, the Plaintiff respectfully request that the Court reconsider its November 28, 2006 Memorandum Order and grant a due process hearing of the facts.

Respectfully submitted,

Plaintiff Wilbert B. Harris
6108 State Street
Cheverly, MD 20785
301-773-6108 (Ph.)
301-773-0690 (Fax.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 2nd day of December 2006, the service of the foregoing Plaintiff's Motion for Reconsideration and a Proposed Order has been hand delivered to the Court and mailed first-class to the Defendant.

W. Mark NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7230

                                                             Wilbert B. Harris
                                                             6108 State Street
                                                             Cheverly MD 20785
                                                             (301) 773-6108

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| WILBERT B. HARRIS )<br>)<br>Plaintiff )<br>)<br>vs. )<br>POSTMASTER GENERAL OF THE UNITED )<br>STATES POSTAL SERVICE )<br>)<br>Defendant. )<br>) | Civil Action No. 06-06 RCL |

## ORDER

Upon consideration of Plaintiff's Motion for Reconsideration and reasons set forth in support thereof, it is this 2nd day of December 2006, hereby

ORDERED that, Plaintiff's Motion be, and is hereby granted.

_____
United States District Judge

Wilbert B. Harris
Plaintiff
6108 State Street
Cheverly, MD  20785

W. Mark NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
HARRIS v. USPS
No. 06-3145
**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_ Pro Se   \_X\_\_ As counsel for: United States Postal Service

I am, or the party I represent is (select one):

\_\_\_\_\_ Petitioner   \_X\_\_ Respondent/Appellee   \_\_\_\_\_ Amicus Curiae

\_\_\_\_\_ Appellant   \_\_\_\_\_ Appellee   \_\_\_\_\_ Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_ Petitioner or appellant   \_\_\_\_\_ Respondent or appellee

All communications with me should be made as follows:

Name: Allison Kidd-Miller
Law Firm (counsel only): Department of Justice - Civil Division Commercial Litigation
Address: 1100 L Street, N.W., Room 12004
City, State, and ZIP: Washington, D.C. 20530
Telephone: (202) 307-1011
Fax #: (202) 307-0972
E-mail address: Allison.Kidd-Miller@usdoj.gov

Statement to be completed by counsel only (select one):

\_X\_\_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

\_\_\_\_ **I am replacing** _____ **as principal attorney.**

\_\_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only): \_\_\_ Yes   \_X\_ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

\_\_2-22-06_____   /s/ Allison Kidd-Miller
Date                               Signature of Pro Se or Counsel

cc: Wilbert B. Harris
    6108 State Street
    Cheverly, MD 20785

HARRIS v. USPS
No. 06-3145
ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants read paragraphs 1 and 18 of the <u>Guide for Pro Se Petitioners and Appellants.</u> File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance (select one):
___ Pro Se  _X_ As counsel for: <u>United States Postal Service</u>
                                        Name of Party

I am, or the party I represent is (select one):
___ Petitioner  _X_ Respondent  ___ Amicus Curiae
___ Appellant   ___ Appellee    ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):
___ Petitioner or appellant  ___ Respondent or appellee

All communications with me should be made as follows:

| | |
|---|---|
| Name: | DONALD E. KINNER |
| | ASSISTANT DIRECTOR |
| Law Firm (counsel only): | DEPARTMENT OF JUSTICE |
| Address: | 1100 L STREET, N.W., Rm. 7008 |
| City, State, and ZIP: | WASHINGTON, D.C. 20530 |
| Telephone: | (202) 305-7562 |
| Facsimile: | (202) 305-7643 |
| E-mail address: | DonaldKinner@usdoj.gov |

Statement to be completed by counsel only (select one):

___ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

___ I am replacing _____ as principal attorney.

_X_ I am not the principal attorney for this party in this case.

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only): ___ Yes  _X_ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

2-22-06
Date                              Signature of Counsel

cc: Wilbert B. Harris

HARRIS v. USPS
No. 06-3145

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_ Pro Se    \_X\_ As counsel for: United States Postal Service

I am, or the party I represent is (select one):

\_\_\_\_ Petitioner   \_X\_ Respondent/Appellee    \_\_\_\_ Amicus Curiae

\_\_\_\_ Appellant    \_\_\_\_ Appellee    \_\_\_\_ Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_ Petitioner or appellant    \_\_\_\_ Respondent or appellee

All communications with me should be made as follows:

| | |
|---|---|
| Name: | David M. Cohen, Director |
| Law Firm (counsel only): | Department of Justice - Civil Division, Commercial Litigation |
| Address: | 1100 L Street, N.W., Room 12124 |
| City, State, and ZIP: | Washington, D.C. 20530 |
| Telephone: | (202) 514-7300 |
| Fax #: | (202) 307-0972 |
| E-mail address: | national.courts@usdoj.gov |

Statement to be completed by counsel only (select one):

\_\_\_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

\_\_\_ I am replacing _____ as principal attorney.

\_X\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only): \_\_\_ Yes  \_X\_ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

6-22-06
Date

/s/ [signature]
Signature of Pro Se or Counsel

cc: Wilbert B. Hnrris

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JAN HORBALY
CLERK

MAR - 2 2006

TELEPHONE: 633-6550
AREA CODE 202

Wilbert B. Harris
6108 State St.
Cheverly, MD 20785

Re: Harris v. USPS, 06-3145

Dear Mr. Harris:

This is in reference to the petition for review recently received by this court.

The court recently received, from the United States Court of Appeals for the District of Columbia Circuit, a copy of your petition for review. As you were informed by the Merit Systems Protection Board in its final decision, this court has jurisdiction to review the decision of the Merit Systems Protection Board. Thus, we assume that you intended to ask this court to review the Board's decision and not the District of Columbia Circuit. If you do not wish to be in this court, please promptly inform us.

Very truly yours,

Jan Horbaly

cc: Allison Kidd-Miller, Esq.

jh/ds