UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBERT B. HARRIS,<br><br>      Plaintiff,<br><br>     -against-<br><br>POSTMASTER GENERAL OF THE UNITED<br> STATES POSTAL SERVICE | Civil Action No. 06-06(RCL) |

### NOTICE OF APPEAL

  The Plaintiff, Wilbert B. Harris, hereby files his Notice of Appeal, appealing to the United States Court of Appeals for the District of Columbia Circuit this Court's November 28, 2006 Order denying his Title VII cause of action.

                Respectfully submitted,

                Wilbert B. Harris
                Plaintiff
                6108 State Street
Dated: December 7, 2006        Cheverly, MD  20785

RECEIVED

DEC - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT