```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

WILBERT B. HARRIS                  )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    Civil Action No. 06-06 RCL
                                   )
POSTMASTER GENERAL OF THE UNITED   )
   STATES POSTAL SERVICE,          )
                                   )
          Defendant.               )
                                   )
_____)
```

## ORDER

UPON CONSIDERATION of the "Plaintiff's Motion For Reconsideration" for the reasons stated in opposition to the motion, and based upon the entire record herein, it is the _____ day of _____, _____ hereby

ORDERED that Plaintiff's Motion For Reconsideration be and it hereby is denied.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

WILBERT B. HARRIS
6108 State Street
Cheverly, MD  20785