

DISTRICT OF COLUMBIA COURT OF APPEALS
500 Indiana Avenue, N.W.
Washington, D.C.  20001

Ruth J. Gantt
Information Center
**Supervisor**

(202) 879-2749
**Area Code**

December 12, 2005

Mr. Wilbert B. Harris
6108 State Street
Cheverly, MD 20785

Mr. Harris:

Per our conversation, of December 12, 2005, your Petition for Review was reviewed by our Legal Staff and it was determined that your case should have been filed with the United States Court of Appeals as requested in the Final Order from the U.S. Merit Systems Protection Board.

Sincerely,

Ruth J. Gantt
Information Center Supervisor

# DISTRICT OF COLUMBIA COURT OF APPEALS

## PETITION FOR REVIEW

RECEIVED
OCT 1 7 2005
DISTRICT OF COLUMBIA
COURT OF APPEALS

APPEAL NO. _____

Wilbert B. Harris _____ **PETITIONER,**
**Your Name**

          **v.**                                     DC-0752-05-0318-1-1

United States Postal Service _____
                                                  **Agency No.**
**Agency Name**

                                      **RESPONDENT.**

    I, __Wilbert B. Harris_____, wish to appeal to the

District of Columbia Court of Appeals from the decision or order of the __Merit__

__Systems Protection Bd.__entered on the __Twentieth (20th)__ day of _____

_____September_____, 20 __05_____.

**Statement of the Nature of the Proceedings and Grounds Relied On (continue on reverse side if needed):**

— The Appellant filed a timely formal complaint on prohibited discrimination with the
— Agency's EEO Department on his removal. The Agency has not issued a final decision
— on the formal complaint and over 120 days have passed. I appealed the matter to the
— Merit System Protection Board (MSPB) pursuant to 1201-154-5 U.S.C. 7702(e)(2). The
— MSPB dismissed the appeal without a hearing on merits. Accordingly, for this reason
— and all of the other forgoing reasons, request a judicial review from the court on both
— discrimination and non-discrimination issues pursuant to 5 U.S.C. 7702 Section 717(c) of
— the Civil Rights Act of 1964, as amended (42 U.S.C. 2000e-16(c) of the Age
— Discrimination in Employment Act of 1967, as amended (29 U.S.C. Sections 633a(c)).

**Name, address and telephone number of all other parties and counsel (continue on reverse side if needed):**

_____

_____

_____

_____
**Signature of Petitioner or Attorney**
          Wilbert B. Harris _____
          **Printed Name Petitioner or Attorney**

          6108 State Street, Cheverly, MD 20785
          **Address**

          301-773-6108
          **Telephone**

**NOTE: Attach a copy of the decision/order issued by the District of Columbia agency from which this appeal is taken.**

## UNITED STATES OF AMERICA
## MERIT SYSTEMS PROTECTION BOARD

WILBERT B. HARRIS,
            Appellant,

     v.

UNITED STATES POSTAL SERVICE,
            Agency.

DOCKET NUMBER
DC-0752-05-0318-I-1

DATE: September 20, 2005

Wilbert B. Harris, Cheverly, Maryland, pro se.

Stephen W. Furgeson, Washington, D.C., for the agency.

### BEFORE

Neil A. G. McPhie, Chairman
Barbara J. Sapin, Member

### FINAL ORDER

The appellant has filed a petition for review in this case asking us to reconsider the initial decision issued by the administrative judge. We grant petitions such as this one only when significant new evidence is presented to us that was not available for consideration earlier or when the administrative judge made an error interpreting a law or regulation. The regulation that establishes this standard of review is found in Title 5 of the Code of Federal Regulations, section 1201.115 (5 C.F.R. § 1201.115).

After fully considering the filings in this appeal, we conclude that there is no new, previously unavailable, evidence and that the administrative judge made no error in law or regulation that affects the outcome. 5 C.F.R. § 1201.115(d). Therefore, we DENY the petition for review. The initial decision of the

administrative judge is final. This is the Board's final decision in this matter. 5 C.F.R. § 1201.113.

## NOTICE TO THE APPELLANT REGARDING
## YOUR FURTHER REVIEW RIGHTS

You have the right to request the United States Court of Appeals for the Federal Circuit to review this final decision. You must submit your request to the court at the following address:

United States Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, DC  20439

The court must receive your request for review no later than 60 calendar days after your receipt of this order. If you have a representative in this case, and your representative receives this order before you do, then you must file with the court no later than 60 calendar days after receipt by your representative. If you choose to file, be very careful to file on time. The court has held that normally it does not have the authority to waive this statutory deadline and that filings that do not comply with the deadline must be dismissed. *See Pinat v. Office of Personnel Management*, 931 F.2d 1544 (Fed. Cir. 1991).

If you need further information about your right to appeal this decision to court, you should refer to the federal law that gives you this right. It is found in Title 5 of the United States Code, section 7703 (5 U.S.C. § 7703). You may read this law, as well as review the Board's regulations and other related material, at our website, http://www.mspb.gov. Additional information is available at the court's website, http://fedcir.gov/contents.html. Of particular relevance is the

court's "Guide for Pro Se Petitioners and Appellants," which is contained within the court's <u>Rules of Practice</u>, and Forms <u>5</u>, <u>6</u>, and <u>11</u>.

**FOR THE BOARD:**

Bentley M. Roberts, Jr.
Clerk of the Board

Washington, D.C.

## CERTIFICATE OF SERVICE

I certify that this Order was sent today to each of the following:

Certified Mail           Wilbert B. Harris
                              6108 State Street
                              Cheverly, MD 20785

U.S. Mail              Stephen W. Furgeson
                              United States Postal Service
                              Capital Metro Area Law Office
                              400 Virginia Avenue, SW
                              Suite 650
                              Washington, DC 20024-2730

| September 20, 2005 | Dorothy Plummer |
|---|---|
| (Date) | Paralegal Specialist |

## CERTIFICATE OF SERVICE

I hereby certify that this Petition for Review was mailed on this 17th day of October 2005 to:

> Stephen W. Furguson
> United States Postal Service
> Capital Metro Area Law Office
> 400 Virginia Avenue, SW
> Suite 650
> Washington, DC  20024-2730

_October 17, 2005_
(Date)

Wilbert B. Harris
Petitioner



THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM

SunTrust

4434923-UNABO

**Non-Negotiable**

ONE HUNDRED DOLLARS AND 00 CENTS

Pay To The
Order Of _____ CLERK OF THE DISTRICT COURT OF APPEALS

Purchaser WILBERT B. HARRIS

Memo

**Official Check**

VOID OVER $100.00

492300761?

57,275/642

OCTOBER 17 2005

**Customer Copy**
**Non-Negotiable**

BLADENSBURG, Maryland
207109998
10S050710-0058
(800) 275-8777
Sales Receipt
Sale Unit
First-Class
WASHINGTON DC 20024
Product
Description
10/17/2005        02:44:17 PM



X

OCT 1 4 2000



 **U.S. MERIT SYSTEMS PROTECTION BOARD**

## Office of the Clerk of the Board
1615 M Street, N.W.
Washington, D.C.  20419-0002

Phone: 202-653-7200; Fax: 202-653-7130; E-Mail: mspb@mspb.gov

06-3145

## ATTESTATION

I HEREBY ATTEST that the attached index represents a list of the documents comprising the administrative record of the Merit Systems Protection Board in the appeal of *Wilbert B. Harris v. United States Postal Service*, MSPB Docket No. DC-0752-05-0318-I-1, and that the administrative record is under my official custody and control on this date ⸻⟶

on file in this Board.

| February 21, 2006 | *Jacquelin Wilson* |
|---|---|
| Date | Bentley M. Roberts, Jr. |
| | Clerk of the Board |

# INDEX

### Wilbert B. Harris v. UNITED STATES POSTAL SERVICE

### Docket No. DC-0752-05-0318-I-1

Volume I

| TAB | DOCUMENT DESCRIPTION | DATE OF RECEIPT OR ISSUANCE |
|---|---|---|
| 1 | Petition for Appeal Received | March 2, 2005 |
| 2 | MSPB Acknowledgement Order | March 8, 2005 |
| 3 | Agency Designation of Representative | March 15, 2005 |
| 4 | Appellant's Request for Hearing | March 17, 2005 |
| 5 | Appellant's Exhibits | March 22, 2005 |
| 6 | Appellant's Submission: EEO Decision | March 28, 2005 |
| 7 | Appellant's Correspondence Re: Discovery | March 31, 2005 |
| 8 | Agency Motion to Dismiss – | April 4, 2005 |
| 9 | MSPB Status Conference Order | April 12, 2005 |
| 10 | Appellant's Notice to Pursue Appeal | April 25, 2005 |
| 11 | MSPB Summary of Status Conference | April 25, 2005 |
| 12 | MSPB Initial Decision | May 3, 2005 |
| 13 | Closed Case Correspondence ( Appellant's Motion to Disqualify Judge) | May 3, 2005 |
| 14. | Closed Case Correspondence ( Appellant's Response To Agency Motion to Dismiss) | May 3, 2005 |

INDEX                                        Page  1  of  1

WILBERT B. HARRIS
v.
UNITED STATES POSTAL SERVICE

MSPB Docket No. DC-0752-05-0318-I-1

IA-REFORM ACT MERIT - PETITION FOR REVIEW

| TAB | DESCRIPTION OF DOCUMENT | DATE OF RECEIPT OR ISSUANCE |
|---|---|---|
| 1 | Appellant - Petition for Review | June 06, 2005 |
| 2 | MSPB - Petition For Review Acknowledgement Letter | June 10, 2005 |
| 3 | MSPB - Final Order | September 20, 2005 |

# CERTIFICATE OF SERVICE

I hereby certify that the attached Document(s) was (were) sent as indicated this day to each of the following:

<u>Petitioner</u>

U.S. Mail

Wilbert B. Harris
6108 State Street
Cheverly, MD 20785

<u>Respondent</u>

U.S Mail

David Cohen, Director
Commercial Litigation Branch
Civil Division Classification Unit
U.S. Department of Justice
1100 L Street, N.W., Room 12124
Washington, DC 20530

U.S. Mail

R. Andrew German
Chief Counsel, Appellate Division
Law Department
475 L'Enfant Plaza, S.W.
Washington, DC 20260

February 21, 2006
(Date)

*Jacquelin Wilson*

Bentley M. Roberts, Jr.
Clerk of the Board

Docket No. DC-0752-05-0318-L-1
Party:        Appellant

Wilbert B. Harris
6108 State Street
Cheverly, MD 20785

**Please retain this paper.**

A party or representative to a Board processing who registers as an e-filer
may send and receive pleadings and Board documents in electronic form on an on-
going basis.  Registration as an e-filer constitutes consent to accept electronic
service of pleadings and Board documents, which would be sent to your e-mail
address in the form of PDF documents.  To register as an e-filer, go to the
e-Appeal web site: https://e-Appeal.mspb.gov

Your e-filing identification number is **4728921**.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

(A10)

### NOTICE OF DOCKETING

### O6-3145 - HARRIS V USPS

**Date of docketing:** 02/02/06

**Petition for review of:** Merit Systems Protection Board case no.  DC0752050318-I-1

**Petitioner(s):** WILBERT B. HARRIS

**Critical dates include:**
Date of docketing.  See Fed. Cir. R. 12 and 15.
Filing fee due.  See Fed. R. App. P. 15(e) and Fed. Cir. R. 52.
Certified list.  See Fed. Cir. R. 17.
Statement concerning discrimination.  See Fed. Cir. R. 15(c).
Entry of appearance.  See Fed. Cir. R. 47.3.
Certificate of interest.  See Fed. Cir. R. 47.4.
Docketing Statement.  (Due within 14 days of the date of docketing.)  See the en banc order dated August 1, 2005.  [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
Requests for extensions of time.  See Fed. Cir. R. 26 and 27.  **N.B. Delayed requests are not favored by the court.**
Briefs.  See Fed. Cir. R. 31.  [A pro se party must not file his or her informal brief until after the certified list has been filed and served.]  N.B. You will **not receive a separate briefing schedule from the Clerk's Office.**
Oral argument schedule conflicts.  See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

**Attachments:**
Official caption to all.
Docketing Statement.  (Only in cases where all parties are represented by counsel.)
Rules of Practice to pro se parties.  [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
Entry of appearance form to all.
Statement concerning discrimination to petitioners.
Informal brief form to pro se parties.
Motion and Affidavit for Leave to Proceed in Forma Pauperis form to petitioners owing the docketing fee.
Copy of petition for review to Merit Systems Protection Board and to respondent's counsel.

Jan Horbaly
Clerk

cc:    Clerk, Merit Systems Protection Board
David M. Cohen, Esq., Department of Justice
    1100 L Street, N.W., Room 12124, Washington, DC 20530
Wilbert B. Harris

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HARRIS v. USPS

No. 06-3145

ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se    X   As counsel for: United States Postal Service

I am, or the party I represent is (select one):

_____ Petitioner    X   Respondent/    _____ Amicus Curiae
                          Appellee

_____ Appellant    _____ Appellee    _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant    _____ Respondent or appellee

All communications with me should be made as follows:

|  |  |
|---|---|
| Name: | Allison Kidd-Miller |
| Law Firm (counsel only): | Department of Justice - Civil Division Commercial Litigation |
| Address: | 1100 L Street, N.W., Room 12004 |
| City, State, and ZIP: | Washington, D.C. 20530 |
| Telephone: | (202) 307-1011 |
| Fax #: | (202) 307-0972 |
| E-mail address: | Allison.Kidd-Miller@usdoj.gov |

Statement to be completed by counsel only (select one):

__X__ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

_____ **I am replacing** _____ **as principal attorney.**

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only): ___ Yes  X  No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

__2-22-06_____
Date

_____
Signature of Pro Se or Counsel

cc:  Wilbert B. Harris
     6108 State Street
     Cheverly, MD 20785

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HARRIS v. USPS
No. 06-3145
ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel refer to Federal Circuit Rule 47.3.  Pro se
petitioners and appellants read paragraphs 1 and 18 of the Guide for
Pro Se Petitioners and Appellants.  File this form with the clerk and
serve it on the principal attorney for each party.)

Please enter my appearance (select one):
    ___ Pro Se  __X__ As counsel for: United States Postal Service
                                      ―――――――――――――――――――――――――――――
                                            Name of Party

I am, or the party I represent is (select one):
    _____ Petitioner __X__ Respondent _____ Amicus Curiae
    _____ Appellant  _____ Appellee   _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):
    _____ Petitioner or appellant  _____ Respondent or appellee

All communications with me should be made as follows:

    Name:                        DONALD E. KINNER
                                 ASSISTANT DIRECTOR
    Law Firm (counsel only):     DEPARTMENT OF JUSTICE
    Address:                     1100 L STREET, N.W., Rm. 7008
    City, State, and ZIP:        WASHINGTON, D.C.   20530
    Telephone:                   (202) 305-7562
    Facsimile:                   (202) 305-7643
    E-mail address:              DonaldKinner@usdoj.gov

Statement to be completed by counsel only (select one):

    _____ I am the principal attorney for this party in this case and
          will accept all service for the party.  I agree to inform
          all other counsel for the party in this case of the matters
          served upon me.

    _____ I am replacing _____ as principal attorney.

    __X__ I am not the principal attorney for this party in this case.

This is my first appearance before the U.S. Court of Appeals for the
Federal Circuit (counsel only):  _____ Yes  __X__ No

    _____ A courtroom accessible to the handicapped is required   if
          oral argument is scheduled.

2-22-06                          _____
―――――――                                Signature of Counsel
Date

cc:  Wilbert B. Harris

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### HARRIS v. USPS
### No. 06-3145
### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_ Pro Se   \_X\_ As counsel for: United States Postal Service

I am, or the party I represent is (select one):

\_\_\_\_ Petitioner  X Respondent/  \_\_\_\_\_ Amicus Curiae
                      Appellee

\_\_\_\_ Appellant  \_\_\_\_ Appellee   \_\_\_\_\_ Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_ Petitioner or appellant  \_\_\_\_\_ Respondent or appellee

All communications with me should be made as follows:

| | |
|---|---|
| Name: | David M. Cohen |
| | Director |
| Law Firm (counsel only): | Department of Justice - Civil Division |
| | Commercial Litigation |
| Address: | 1100 L Street, N.W., Room 12124 |
| City, State, and ZIP: | Washington, D.C. 20530 |
| Telephone: | (202) 514-7300 |
| Fax #: | (202) 307-0972 |
| E-mail address: | national.courts@usdoj.gov |

Statement to be completed by counsel only (select one):

\_\_\_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

\_\_\_ I am replacing _____ as principal attorney.

X  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only): \_\_\_ Yes  X No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 6-22-06 | /s/ |
| Date | Signature of Pro Se or Counsel |

cc: Wilbert B. Harris

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C.  20439

JAN HORBALY
CLERK

**MAR - 2 2006**

TELEPHONE: 633-6550
AREA CODE 202

Wilbert B. Harris
6108 State St.
Cheverly, MD  20785

    Re:   Harris v. USPS, 06-3145

Dear Mr. Harris:

    This is in reference to the petition for review recently received by this court.

    The court recently received, from the United States Court of Appeals for the District of Columbia Circuit, a copy of your petition for review. As you were informed by the Merit Systems Protection Board in its final decision, this court has jurisdiction to review the decision of the Merit Systems Protection Board. Thus, we assume that you intended to ask this court to review the Board's decision and not the District of Columbia Circuit. If you do not wish to be in this court, please promptly inform us.

                  Very truly yours,

                  *Jan Horbaly*

                  Jan Horbaly

cc:  Allison Kidd-Miller, Esq.

jh/ds

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

06-3145

WILBERT B. HARRIS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

ORDER

*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT,

*vanhorbaly* Clt.

Jan Horbaly
Clerk

03/14/06

cc:     Clerk's Office, MSPB
        WILBERT B. HARRIS
        Allison Kidd-Miller

**ISSUED AS A MANDATE:** 03/14/06

HARRIS V USPS, 2006-3145
MSPB - DC0752050318-I-1

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 4 2006

JAN HORBALY
CLERK