# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-5404**  September Term, 2006

06cv00006

Filed On:

Wilbert B. Harris,
     Appellant

v.

John E. Potter, Postmaster General of the United States Postal Service,
     Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  DEC 2 7 2006

CLERK

## ORDER

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for reconsideration filed December 4, 2006.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *Sabrina M. Crisp*
Sabrina M. Crisp
Deputy Clerk